IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., <br><br>         Plaintiff, <br><br> v. <br><br> James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, <br><br>         Defendants. | C/A No. 2:20-cv-02738-DCN <br><br><br> **CCSO DEFENDANTS' MOTION TO DISMISS** |

COME NOW Defendants Sheriff James Alton Cannon, Jr., Assistant Sheriff Mitch Lucas, and Chief Deputy Willis Beatty, ("CCSO Defendants"), and hereby move pursuant to Fed. R. Civ. P. 12(b)(1) to dismiss this action for lack of subject matter jurisdiction as Plaintiff does not have standing to sue in its own right or on behalf of the juveniles housed at CCJDC. The grounds for this motion are more fully set forth in the accompanying memorandum of law.

*[signatures on following page]*

Respectfully moved,


s/ *Sandra J. Senn*
SANDRA J. SENN (Fed. ID No. 05761)
ROBIN L. JACKSON (Fed. ID No. 07465)
KEVIN M. DeANTONIO (Fed. ID No. 12269)
*Senn Legal, LLC*
Post Office Box 12279
Charleston, South Carolina  29422
(843) 556-4045
(843) 556-4046 (fax)
Sandy@SennLegal.com
Robin@SennLegal.com
Kevin@SennLegal.com

Attorneys for Defendants James Alton Cannon, Jr.,
Mitch Lucas, and Willis Beatty

August 18, 2020
Charleston, South Carolina