# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., ) | C/A No.: 2:20-cv-2738 DCN |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff; Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff; Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office; and Charleston County School District, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court pursuant to defendants' motions to dismiss for lack of jurisdiction. These motions were filed on August 18, 2020. According to the latest joint status report submitted to the court, it appears that the parties are continuing to participate in mediation.

**IT IS THEREFORE ORDERED**, that defendants' motions to dismiss for lack of jurisdiction are **DENIED** without prejudice, with leave to re-file at a later date.

**AND IT IS SO ORDERED**.

_____
David C. Norton
United States District Judge

September 27, 2021
Charleston, South Carolina