IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, <br><br> Defendants. | Civil Action No. 2:20-cv-02738-DCN <br><br><br><br> **JOINT STATUS REPORT** |

The parties and their representatives met with Magistrate Judge Mary Gordon Baker on May 3, 2021 to begin a process of mediation in the above-referenced matter. The parties submitted an initial status report on May 14, 2021, and updated status reports on June 4, 2021, July 16, 2021, September 15, 2021, and January 31, 2022.

The parties agreed to have an assessment to be conducted under the direction and supervision of the Center for Children's Law and Policy (CCLP) and to be paid for by Charleston County. The CCLP team received all requested documents from the Sheriff's Office in a timely manner and the Sheriff's Office staff coordinated the visit to the facility. The CCLP team visited the facility, reviewed records, toured the current and future facility and conducted interviews on November 2-3, 2021. Dr. Monique Khumalo made second site visit to hold further meetings with mental health and review additional records on January 18-19, 2022. Some or all of the CCLP

1

team will visit again for one day when the new facility opens. Based on supply chain issues and delays in construction, the current schedule anticipates it will begin operations in June 2022.

The CCLP team provided a report to the defendants, who are currently reviewing it and responding to areas where they believe there was either a misunderstanding or a miscommunication regarding a topic, so that such can be addressed by CCLP in their report. The medical assessment has not been completed due to the medical expert not being available in November. A medical expert will attend with CCLP staff when they return. The return visit is being discussed between CCLP staff and the defendants now, in order to make that visit as productive as possible.

Sheriff's Office defendants have proposed waiting for the return visit until November or December, so there is sufficient time for staff and youth to move into the new facility, develop routines and implement policies there. CCLP has not yet indicated its position regarding timing for the return visit. Attorneys for Plaintiff have not consented to the return visit occurring in six or seven months and have requested a copy of the draft report so parties may begin discussing the terms of a consent order. Sheriff's Office defendants request 60 days from the date of this report to continue to work with CCLP staff to resolve any outstanding conflicts regarding the current report before it is published. Plaintiff would ask the Mediator to schedule a conference call with counsel for the parties as soon as practicable to address the impasse related to the issuance of the CLP assessment.

The parties remain grateful for the court's supervision and agree to submit an updated Joint Status Report 30 days after the staff and youth move into the new facility, and if they have not yet been able to move in by August 1, 2022, will update the court again then regarding those issues.

*Signature Pages Follow*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/ROBERT BRUNSON
    Robert H. Brunson
    Federal Bar No. 4971
    E-Mail: robert.brunson@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC 29401-2239
    (843) 853-5200

**BURNETTE SHUTT MCDANIEL**

    Stuart Andrews
    Federal Bar No. 1099
    E-Mail: sandrews@burnetteshutt.law
    912 Lady Street / 2nd Floor
    PO Box 1929
    Columbia, SC 29202
    (803) 850-0912

    -and-

**THE STEINBERG LAW FIRM, LLP**

    Annie Elizabeth Andrews
    Federal Bar No. 13134
    E-Mail: AAndrews@steinberglawfirm.com
    118 Goose Creek Blvd, South
    P.O. Box 1028
    Goose Creek, SC 29445
    (843) 572-0700

*Attorneys for Plaintiff*

Charleston, South Carolina
May 11, 2022

**SENN LEGAL, LLC**

s/ ROBIN L. JACKSON
Robin L. Jackson (Fed. I.D. No. 07465)
Sandra J. Senn (Fed. I.D. No. 05761)
3 Wesley Drive
PO Box 12279
Charleston, SC 29422
Phone: 843-556-4045 / Fax: 843-556-4046
robin@sennlegal.com
sandy@sennlegal.com

*Attorneys for Charleston County Sheriff Defendants*

Charleston, South Carolina
May 11, 2022

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**

s/ JOHN M. REAGLE
John M. Reagle (Fed. I.D. No. 7723)
Dwayne T. Mazyck (Fed. I.D. No. 9026)
PO Box 11367
1301 Gervais Street, Suite 1400
Columbia, SC 29211-1367
Phone: 803-254-4035 / Fax: 803-771-4422
jreagle@hmwlegal.com
dmazyck@hmwlegal.com

*Attorneys for Charleston County School District*

Columbia, South Carolina
May 11, 2022