IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, )<br>)<br>Defendants. ) | Civil Action No. 2:20-cv-02738-DCN<br><br>**JOINT STATUS REPORT** |

The parties and their representatives met with Magistrate Judge Mary Gordon Baker on May 3, 2021 to begin a process of mediation in the above-referenced matter. The parties submitted an initial status report on May 14, 2021, and updated status reports on June 4, 2021, July 16, 2021, September 15, 2021, January 31, 2022, May 11, 2022, August 9, 2022, and October 10, 2022.

The parties agreed to have an assessment to be conducted under the direction and supervision of the Center for Children's Law and Policy (CCLP) and to be paid for by Charleston County. The CCLP team received all requested documents from the Sheriff's Office in a timely manner and the Sheriff's Office staff coordinated the visit to the facility. The CCLP team visited the facility, reviewed records, toured the current and future facility and conducted interviews on November 2-3, 2021. Dr. Monique Khumalo made second site visit to hold further meetings with mental health and review additional records on January 18-19, 2022. Some of the CCLP team will visit again for one day on February 8, 2023. This visit was rescheduled multiple times based on

1

the request of the CCLP team due to various issues and conflicts that arose for them. It was initially scheduled in November, rescheduled for December, and then January. Based on supply chain issues and delays in construction, the facility opened to staff on May 25, 2022 and began accepting youth over the summer.

The CCLP team provided a report to the defendants, who have reviewed it and responded to areas where they believe there was either a misunderstanding or a miscommunication regarding a topic, so that such can be addressed by CCLP. The return visit will allow CCLP staff to see the new facility and the youth living there as well as the staff. Interviews will also be conducted. These matters have previously been discussed in order to make that visit as productive as possible and information has been requested and provided.

The return visit will take place on February 8, 2023, as requested by CCLP staff. The original reports of CCPL have been provided to counsel for plaintiffs based on a status conference held with the court on May 18, 2022. If a supplemental report is received, it will be produced to all parties. Counsel for plaintiffs have requested a copy of the policies and that request has been passed on to the detention center. It is expected that counsel will receive them soon and the will be forwarded to counsel for plaintiffs.

The parties remain grateful for the court's supervision and agree to submit an updated Joint Status Report after receiving CCPL's supplemental report or in April, 2023 (whichever is sooner) and to reach out to the court if there are any other issues.

*Signature Pages Follow*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/ROBERT BRUNSON
 Robert H. Brunson
 Federal Bar No. 4971
 E-Mail: robert.brunson@nelsonmullins.com
 151 Meeting Street / Sixth Floor
 Post Office Box 1806 (29402-1806)
 Charleston, SC 29401-2239
 (843) 853-5200

**BURNETTE SHUTT MCDANIEL**

 Stuart Andrews
 Federal Bar No. 1099
 E-Mail: sandrews@burnetteshutt.law
 912 Lady Street / 2nd Floor
 PO Box 1929
 Columbia, SC 29202
 (803) 850-0912

 -and-

**THE STEINBERG LAW FIRM, LLP**

 Annie Elizabeth Andrews
 Federal Bar No. 13134
 E-Mail: AAndrews@steinberglawfirm.com
 118 Goose Creek Blvd, South
 P.O. Box 1028
 Goose Creek, SC 29445
 (843) 572-0700

 *Attorneys for Plaintiff*

Charleston, South Carolina
February 6, 2023

**SENN LEGAL, LLC**
s/ ROBIN L. JACKSON
Robin L. Jackson (Fed. I.D. No. 07465)
Sandra J. Senn (Fed. I.D. No. 05761)
3 Wesley Drive
PO Box 12279
Charleston, SC 29422
Phone: 843-556-4045 / Fax: 843-556-4046
robin@sennlegal.com
sandy@sennlegal.com

*Attorneys for Charleston County Sheriff Defendants*

Charleston, South Carolina
February 6, 2023

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**
s/ JOHN M. REAGLE
John M. Reagle (Fed. I.D. No. 7723)
Dwayne T. Mazyck (Fed. I.D. No. 9026) PO Box 11367
1301 Gervais Street, Suite 1400
Columbia, SC 29211-1367
Phone: 803-254-4035 / Fax: 803-771-4422 jreagle@hmwlegal.com
dmazyck@hmwlegal.com

*Attorneys for Charleston County School District*

Columbia, South Carolina
February 6, 2023