IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, <br><br> Defendants. | Civil Action No. 2:20-cv-02738-DCN <br><br><br><br><br> **JOINT STATUS REPORT** |

The parties and their representatives met with Magistrate Judge Mary Gordon Baker on May 3, 2021 to begin a process of mediation in the above-referenced matter. The parties submitted an initial status report on May 14, 2021, and updated status reports on June 4, 2021, July 16, 2021, September 15, 2021, January 31, 2022, May 11, 2022, August 9, 2022, October 10, 2022, and February 6, 2023.

The parties agreed to have an assessment to be conducted under the direction and supervision of the Center for Children's Law and Policy (CCLP) and to be paid for by Charleston County. The CCLP team received all requested documents from the Sheriff's Office in a timely manner and the Sheriff's Office staff coordinated the visit to the facility. The CCLP team visited the facility, reviewed records, toured the current and future facility and conducted interviews on November 2-3, 2021. Dr. Monique Khumalo made second site visit to hold further meetings with mental health and review additional records on January 18-19, 2022. Based on supply chain issues

1

and delays in construction, the facility opened to staff on May 25, 2022 and began accepting youth over the summer. A return visit to the new facility was initially scheduled for November 2022, but was rescheduled multiple times based on the request of the CCLP team due to various issues and conflicts that arose for them. It was rescheduled for December, and then January. Jennifer Lutz of the CCLP team visited again for one day on February 8, 2023.

The CCLP team provided a report to the defendants, who have reviewed it and responded to areas where they believe there was either a misunderstanding or a miscommunication regarding a topic, so that such can be addressed by CCLP. The return visit allowed Ms. Lutz to see the new facility and the youth living there as well as the staff. Ms. Lutz was given access to staff and youth. Additional statistical information has also been discussed in order to make that visit as productive as possible and information has been requested and provided.

The return visit took place on February 8, 2023, as requested by CCLP staff. Ms. Lutz was provided with a comprehensive tour of the facility, and met with a number of employees for interview purposes. She also provided a list of written questions which were answered by staff. The original reports of CCPL have been provided to counsel for plaintiffs based on a status conference held with the court on May 18, 2022. As of the date of this filing, Ms. Lutz has indicated that she will provide a supplemental document in May, 2023. The same will be provided to all counsel once received.

The parties also note that Abigail Duffy is no longer the director of the Sheriff Al Cannon Detention Center. In February, Chief Patrick Morris was appointed by Sheriff Graziano to be in charge of the detention center, which includes the juvenile facility. However, Major Dorothy Harris has been and remains responsible for the day to day activities of the juvenile facility.

The parties remain grateful for the court's supervision and agree to submit an updated Joint Status Report after receiving CCPL's supplemental report or in July, 2023 (whichever is sooner) and to reach out to the court if there are any other issues.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/ROBERT BRUNSON
    Robert H. Brunson
    Federal Bar No. 4971
    E-Mail: robert.brunson@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC 29401-2239
    (843) 853-5200

**BURNETTE SHUTT MCDANIEL**

    Stuart Andrews
    Federal Bar No. 1099
    E-Mail: sandrews@burnetteshutt.law
    912 Lady Street / 2nd Floor
    PO Box 1929
    Columbia, SC 29202
    (803) 850-0912

    -and-

**THE STEINBERG LAW FIRM, LLP**

    Annie Elizabeth Andrews
    Federal Bar No. 13134
    E-Mail: AAndrews@steinberglawfirm.com
    118 Goose Creek Blvd, South
    P.O. Box 1028
    Goose Creek, SC 29445
    (843) 572-0700

*Attorneys for Plaintiff*

Charleston, South Carolina
April 28, 2023

**SENN LEGAL, LLC**

s/ ROBIN L. JACKSON
Robin L. Jackson (Fed. I.D. No. 07465)
Sandra J. Senn (Fed. I.D. No. 05761)
3 Wesley Drive
PO Box 12279
Charleston, SC 29422
Phone: 843-556-4045 / Fax: 843-556-4046
robin@sennlegal.com
sandy@sennlegal.com

*Attorneys for Charleston County Sheriff Defendants*

Charleston, South Carolina
April 28, 2023

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**

s/ JOHN M. REAGLE
John M. Reagle (Fed. I.D. No. 7723)
Dwayne T. Mazyck (Fed. I.D. No. 9026)
PO Box 11367
1301 Gervais Street, Suite 1400
Columbia, SC 29211-1367
Phone: 803-254-4035 / Fax: 803-771-4422
jreagle@hmwlegal.com
dmazyck@hmwlegal.com

*Attorneys for Charleston County School District*

Columbia, South Carolina
April 28, 2023