IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, )<br>)<br>Defendants. ) | Civil Action No. 2:20-cv-02738-DCN<br><br>**JOINT STATUS REPORT** |

The parties and their representatives met with Magistrate Judge Mary Gordon Baker on May 3, 2021 to begin a process of mediation in the above-referenced matter. The parties submitted an initial status report on May 14, 2021, and updated status reports on June 4, 2021, July 16, 2021, September 15, 2021, January 31, 2022, May 11, 2022, August 9, 2022, October 10, 2022, February 6, 2023, April 28, 2023 and July 11, 2023. The history of this matter is set out in the previous status reports.

On September 28, 2023, counsel for plaintiff provided a proposed consent decree to counsel for defendants for review. Counsel for defendants have requested until the new year to review the same, meet with their respective clients and prepare a response due to needing assistance from outside entities like the medical provider and mental health. Said response will be provided by January 16, 2024.

1

The parties remain grateful for the court's supervision and agree to submit an updated Joint Status Report in March, 2024 and to reach out to the court if there are any other issues.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/ROBERT BRUNSON
    Robert H. Brunson
    Federal Bar No. 4971
    E-Mail: robert.brunson@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC 29401-2239
    (843) 853-5200

**BURNETTE SHUTT MCDANIEL**

    Stuart Andrews
    Federal Bar No. 1099
    E-Mail: sandrews@burnetteshutt.law
    912 Lady Street / 2nd Floor
    PO Box 1929
    Columbia, SC 29202
    (803) 850-0912

    -and-

**THE STEINBERG LAW FIRM, LLP**

    Annie Elizabeth Andrews
    Federal Bar No. 13134
    E-Mail: AAndrews@steinberglawfirm.com
    118 Goose Creek Blvd, South
    P.O. Box 1028
    Goose Creek, SC 29445
    (843) 572-0700

    *Attorneys for Plaintiff*

Charleston, South Carolina
December 29, 2023

**SENN LEGAL, LLC**

s/ ROBIN L. JACKSON
Robin L. Jackson (Fed. I.D. No. 07465)
Sandra J. Senn (Fed. I.D. No. 05761)
3 Wesley Drive
PO Box 12279
Charleston, SC 29422
Phone: 843-556-4045 / Fax: 843-556-4046
robin@sennlegal.com
sandy@sennlegal.com

*Attorneys for Charleston County Sheriff Defendants*

Charleston, South Carolina
December 29, 2023

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**

s/ JOHN M. REAGLE
John M. Reagle (Fed. I.D. No. 7723)
Dwayne T. Mazyck (Fed. I.D. No. 9026)
PO Box 11367
1301 Gervais Street, Suite 1400
Columbia, SC 29211-1367
Phone: 803-254-4035 / Fax: 803-771-4422
jreagle@hmwlegal.com
dmazyck@hmwlegal.com

*Attorneys for Charleston County School District*

Columbia, South Carolina
December 29, 2023