# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, )<br>)<br>Defendants. ) | Civil Action No. 2:20-cv-02738-DCN<br><br><br>**CONSENT MOTION FOR CONTINUANCE** |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Protection and Advocacy for People with Disabilities, Inc. (now, "Disability Rights SC") ("Plaintiff"), hereby moves, with the consent of all Defendants, for an Order continuing the deadline set by the Consent Decree entered on December 10, 2025 (ECF 59) for Plaintiff "to submit appropriate petitions and briefing pursuant to the Federal Rules of Civil Procedure" for its claim for attorneys' fees and costs. (ECF 59, at 45). Currently, this deadline is December 29, 2025. *See* Fed. R. Civ. P. 54(d)(2)(B)(i) (requiring motions for attorneys' fees to be filed no later than 14 days after the entry of judgment); Fed. R. Civ. P. 6(a)(1)(C) (providing that a time period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday), (a)(6)(C) (defining "Legal Holiday" to include "any other day declared a holiday by the state where the district is located"); S.C. Code Ann. § 53-5-10 (declaring that "the twenty-fourth, twenty-fifth, and twenty-sixth days of December in each year are legal holidays").

Plaintiff has retained several local attorneys who specialize in civil rights law to execute supporting affidavits testifying to the reasonableness of Plaintiff's counsel's requested fee. However, due to various travel and work conflicts and the impending holidays, such testifying attorneys are unable to prepare these necessary affidavits, which require scrutinizing five years of recorded time entries, before the current December 29, 2025 deadline. Additional time is requested to allow these attorneys to conduct the necessary review of Plaintiff's counsel's time entries.

Therefore, Plaintiff respectfully asks that this Court continue Plaintiff's deadline to submit appropriate petitions and briefing in support of its claim for attorneys' fees and costs by fourteen (14) days to January 12, 2026.

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: s/ *Robert Brunson*
  Robert H. Brunson
  Federal Bar No. 4971
  E-Mail: robert.brunson@nelsonmullins.com
  151 Meeting Street / Sixth Floor
  Post Office Box 1806 (29402-1806)
  Charleston, SC  29401-2239
  (843) 853-5200

**BURNETTE SHUTT MCDANIEL**

By: s/ *Stuart Andrews*
  Stuart Andrews
  Federal Bar No. 1099
  E-Mail: sandrews@burnetteshutt.law
  912 Lady Street / 2nd Floor
  PO Box 1929 Columbia, SC 29202
  (803) 850-0912

**ANNIE ANDREWS LLC**

By: s/ *Annie Andrews*
  Annie Elizabeth Andrews
  Federal Bar No. 13134
  E-Mail: annie@annieandrews.law
  1501 Belle Isle Ave., Suite 110

2

        Mt. Pleasant, SC 29464
        (843) 888-1515

    *Attorneys for Plaintiff*

Charleston, South Carolina
December 19, 2025

**SENN LEGAL, LLC**

By: s/ *Robin L. Jackson*
    Sandra J. Senn (Fed. I.D. No. 05761)
    Robin L. Jackson (Fed. I.D. No. 07465)
    3 Wesley Drive
    PO Box 12279
    Charleston, SC 29422
    Phone: 843-556-4045 / Fax: 843-556-4046
    sandy@sennlegal.com
    robin@sennlegal.com

    *Attorneys for Charleston County Sheriff Defendants*

Charleston, South Carolina
December 18, 2025

**HALLIGAN MAHONEY WILLIAMS SMITH FAWLEY & REAGLE, PA**

By: s/ *John M. Reagle*
    John M. Reagle (Fed. I.D. No. 7723)
    Dwayne T. Mazyck (Fed. I.D. No. 9026)
    PO Box 11367
    1301 Gervais Street, Suite 1400
    Columbia, SC 29211-1367
    Phone: 803-254-4035 / Fax: 803-771-4422
    jreagle@hmwlegal.com
    dmazyck@hmwlegal.com

    *Attorneys for Charleston County School District*

Columbia, South Carolina
December 18, 2025