# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of the Charleston County Sheriff's Office, and Charleston County School District,<br><br>Defendants. | C.A. No. 2:20-cv-02738-DCN<br><br>**DECLARATION OF STUART M. ANDREWS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |

1. I, Stuart M. Andrews, pursuant to 28 U.S.C. § 1746, make this Declaration in support of Plaintiff's application for attorneys' fees.

2. I am a member in good standing with the Bar of the State of South Carolina where I have been licensed to practice law since 1978. I am admitted to practice in the District of South Carolina and the U.S. Court of Appeals for the Fourth Circuit.

3. I graduated from Erskine College in 1972 with a B.A. degree with a major in history, attended Princeton Theological Seminary from 1972-1973, and graduated from the University of South Carolina School of Law in 1978 with a J.D. degree.

4. During the 47 years of my practice, I have been engaged in professional activities, including litigation, as well as regulatory and legislative advocacy, that affect institutionalized and lower-income South Carolinians with limited access to state and federal courts. *See* Exhibit 1, Bio of Stuart M. Andrews.

5. From 1978 to 1986, I was employed by legal aid programs funded by Congress through the Legal Services Corporation, serving as a staff attorney from 1978 to 1983 and as executive director of South Carolina Legal Services Association ("SCLSA") from 1984 to 1986. The predecessor to SC Appleseed Legal Services, SCLSA was responsible, among other things, for providing representation to clients before state and federal legislative bodies and administrative agencies.

6. During this period, I began a body of work developed over the past 40 years to address unconstitutional conditions of confinement youth and adults experience in South Carolina correctional facilities. In 1981, I represented men assigned to "Death Row" in the notorious Cell Block One of the Central Correctional Institution of the SC Department of Corrections. In a successful administrative action alleging Eighth Amendment violations due to prolonged periods of solitary confinement, I negotiated terms by which the Department agreed to provide substantial out-of-cell activities, including greater opportunities for physical exercise, visitation, access to library and chaplaincy services, and social engagement with other men facing death sentences.

7. While with Legal Services, I served as the principal author of two key legislative initiatives, the SC Residential Act Landlord and Tenant Act and the Protection from Domestic Abuse Act. I also filed successful administrative actions with federal and state agencies that targeted patterns of housing discrimination. These actions were resolved with the agreement by the City of Columbia to expand affordable housing opportunities and led to an invitation for me to address a Congressional committee charged with investigating the unlawful use of the federal Community Development Block Grant program to further long-standing patterns of racial discrimination in housing. In addition, I initiated the process with the SC Bar that led to the creation of the Interest on Lawyer's Trust Account ("IOLTA") program.

8. I left SCLSA in 1986 to form a two-person law firm, Chandler and Andrews, during which time we expanded the environmental practice my partner Jimmy Chandler previously developed. During the eighteen-month tenure of the partnership, we established the South

Carolina Environmental Law Project, a nonprofit corporation that has litigated actions for nearly 40 years to protect the state's natural resources.

9. In 1987, our firm associated Nelson Mullins to represent homeowners of the Blythewood and Ridgeway areas of Richland County to oppose the permitting of what would become the nation's largest gold mine east of California. Nelson Mullins partner Steve Morrison and I represented the neighborhood groups in a six-week trial before an administrative hearing officer before obtaining a favorable settlement that required certain safeguards to protect ground water and wildlife, in addition to authorizing a community monitoring process.

10. In 1988, I joined Nelson Mullins for the express purpose of developing the firm's *pro bono* program. I became an equity partner in 1991, the same year Nelson Mullins received the ABA's annual *Pro Bono Publico* award, the first of many national and state recognitions the firm's *pro bono* program received over the past 35 years.

11. Leadership responsibilities I undertook while with the firm included serving as the co-chair of the inaugural Pro Bono Committee with former Governor Dick Riley, the founding chair of the firm's Diversity Committee, and the leader of the firm's Corporate and Tax Section.

12. I also founded and led the firm's multidisciplinary health law practice that provided litigation, regulatory, corporate, and tax services to hospitals, medical providers, and healthcare systems throughout South Carolina. I served as a clinical health law instructor at USC School of Law and have been recognized by America's Best Lawyers (2003–2025) and Super Lawyers (2008-2022) in health law and in civil rights (2022).

13. During my years at Nelson Mullins, I was engaged in numerous civil rights matters in the representations of individuals on a *pro bono* basis, most of whom were incarcerated. In addition, I served from 2002 to 2018 as co-lead counsel in representing Disability Rights SC and a class of individuals with serious mental illness in the custody of the SC Department of Corrections. After a six-week bench trial in the SC Court of Common Pleas before the Honorable J. Michael Baxley, the Court found the Department in violation of Section I, Article 15 of the South

Carolina Constitution, the state's analogue to the Eighth Amendment of the United States Constitution, which prohibits cruel and unusual punishment. *See T.R. v. South Carolina Department of Corrections,* 2005-CP-40-02925, Order dated January 15, 2014. The Department appealed the trial court's order. After two years of negotiations, the parties entered into a settlement agreement by which the Department agreed to a monitoring process that required to it demonstrate compliance with terms that included, among other things, substantial increases in psychiatrists and other mental health professionals, centralized mental health programming, limitations on the use of solitary confinement, administrative segregation, and the use of force, and the establishment of an internal quality assurance program.

14. In 2012, I was invited by an investigative committee established by the United States Senate and chaired by Senator Dick Durbin to testify concerning the practice of correctional institutions subjecting individuals with serious mental illness to solitary confinement for prolonged periods.

15. Over the course of my career, I have served as the chairperson of multiple nonprofit and public service organizations, including SC Legal Services, SC Appleseed Legal Justice Center, SC Access to Justice Task Force responsible for establishing the SC Access to Justice Commission, the SC Chapter of the ACLU, and the State Board of Education.

16. The recognitions I have received for my public interest activities include the USC School of Law Compleat Lawyer Platinum Award, the SC Appleseed Legal Justice Center Reverend Clementa C. Pinkney Advocate of the Year Award, the National Legal Aid and Defender Association Charles Dorsey Award, the SC Bar's Pro Bono of the Year Award, and the Richland County Bar's Civic Star Award.

17. In January 2019, I became a partner *emeritus* at Nelson Mullins and remained involved in public service and *pro bono* activities on a part-time basis. From that time forward, I relinquished my commercial practice and received no further compensation from Nelson Mullins.

18. During the last quarter of 2019, I became aware of the representation by my niece Annie E. Andrews, a then-staff attorney with the Charleston County Public Defender's Office, of youth confined in dilapidated and brutal conditions at the Charleston County Juvenile Detention Center. I explored with Nelson Mullins the possibility of opening a *pro bono* file but was unable initially to identify a partner in the firm's Charleston office to serve as lead counsel.

19. In early 2020, I discovered that partner Robert Brunson had independently learned of Annie Andrews' work on behalf of her clients in the youth detention center, had contacted her, and obtained approval for the firm to investigate the matter.

20. Having been actively involved in the investigation and litigation of the conditions-of-confinement class action against the Department of Corrections for over 15 years in which we represented the same client, Disability Rights South Carolina, I offered to assist Robert in undertaking the case against the Charleston County Sheriff. My work consisted largely of the following services: providing strategic and tactical guidance in developing investigation and discovery plans; assessing constitutional theories of liability; anticipating, reviewing, and providing input on pleadings and motions; participating in interviewing, selecting, and preparing subject matter experts; advising on settlement and mediation strategies; and participating in settlement negotiations and drafting of the numerous stages of edits to the Consent Order.

21. I remained a partner *emeritus* with Nelson Mullins after the opening of the file in this matter in March 2020 until I resigned from the firm two years later in March 2022. During this period, I was not recording billable time for any matter, including this action.

22. Based on my review of the Nelson Mullins billing statement and my own records, I have identified dozens of entries that reference legal services in this matter that I recall providing. The records make it clear that my services exceeded a total of more than 100 hours over this two-year period, which I have aggregated and categorized into three distinct periods in my billing statement. For purposes of this fee application, I conservatively estimated 100 hours of billable time, which I then discounted by 20 percent for a total of 80 hours from March 2020 through March

2022. *See* Exhibit 2, Andrews Billing Statement. The billable time for this period equates to an average of less than 4 hours a month during which I reviewed key documents, offered observations, and made recommendations to lead counsel Robert Brunson during our initial investigation and the period during which we developed litigation strategy, drafted our complaint, crafted our motion for preliminary injunction, opposed two motions to dismiss by the Defendant, vetted potential subject matter experts, and established a discovery and inspection plan.

23. In April 2022, I became Special Counsel with Burnette, Shutt, and McDaniel, a firm I joined for the purpose of establishing a civil rights practice with a particular emphasis on addressing unconstitutional conditions of confinement in South Carolina jails. That same month I filed a class action conditions-of-confinement case against Richland County alleging mistreatment of detainees confined at the Alvin S. Glenn Detention Center. *See Disability Rights SC, et al v. Richland County*, CA 8-22-cv-01358-MGL. As a result of my increased activities in the Richland County matter in which I am lead counsel, I reduced my involvement in this case.

24. Although I remained in regular communication with Mr. Brunson, Ms. Andrews, and our client concerning developments in the case and participated at significant junctures such as mediation sessions and responding to a revised set of the Defendant's proposed terms to the draft consent order, I did not become actively reengaged in delivering legal services until 2024. For that reason, I have limited my billable time during 2022 and 2023 to four entries.

25. As then-Sheriff Graziano entered the last year of her first term in office, the parties increased the pace of negotiations of the proposed terms of a consent order. As this occurred, I assisted with the development of Plaintiff's negotiation strategy and the drafting of responses to the Defendant's proposed edits to the consent order.

26. Sheriff Graziano was defeated in the November 2024 election. After a pause caused by the transition of the sheriff-elect into office, the Defendant offered a new set of substantially revised terms that required additional time to assess our strategy and develop a

response. Unlike the previous rounds of negotiations, however, the parties were able to resolve their differences and reach an accord.

27. The hourly rate of $550 I am requesting is the customary rate I charge and receive for other civil rights and health services in my current practice. In 2016, the Honorable Margaret Seymour approved a fee in excess of $1.3 million in a civil rights action in which I was co-counsel with, among others, Armand Derfner. *See Doe v. Kidd,* No. 3: 03-cv-1918-MBS (DSC 2018). Based principally on my then-hourly discounted rate of $450, Nelson Mullins was awarded a fee of approximately $400,000.

I declare that the foregoing is true and correct to the best of my knowledge, information, and belief, on this __12__ of January, 2026.

Stuart M. Andrews, Esq.

# EXHIBIT 1

# Burnette Shutt & McDaniel, PA



**Stuart M. Andrews, Jr.**
**Special Counsel**

Sandrews@burnetteshutt.law
T. (803) 850-0912

912 Lady Street, 2nd Floor, Columbia, SC 29202

**Admissions**
South Carolina
U.S. Court of Appeals for the Fourth Circuit
U.S. District Court for the District of South Carolina

**Areas of Law**
Civil Rights
Criminal Justice Policy

Stuart was a partner for over 30 years with Nelson Mullins Riley & Scarborough, where he was the architect of the firm's nationally recognized pro bono program and its healthcare practice. He left Nelson Mullins last year to become Special Counsel with Burnette Shutt & McDaniel, PA., where he and the firm are working to build a criminal justice civil rights practice, with a particular focus on addressing unconstitutional systemic conditions of confinement in South Carolina jails and prisons for individuals with serious mental illness.

**Experience**

- Represents men, women, and children incarcerated in prisons and jails injunctive relief for classes of individuals with serious mental illness, and damages in individual cases for violations of the Eighth and Fourteenth Amendments. Litigation includes actions challenging conditions in the Charleston County and Richland County detention centers and against the South Carolina Department of Corrections over the past twenty years. Stuart also has directed a project to develop and advocate for state legislative and regulatory criminal justice policy reform.
- Represented hospitals, health systems, physicians, and ancillary providers in a wide range of regulatory and litigation matters, including governmental investigations, qui tam actions, hospital-physician disputes, certificates of need, compliance matters, medical staff credentialing, and contractual disputes.
- Served on numerous task forces responsible for the development of recommendations concerning criminal justice and healthcare policy in South Carolina.
- Engaged for over 40 years in the design and delivery of legal services programs, pro bono programs, state judicial task forces, and public-private partnerships to improve access to the courts for low- and moderate-income residents of South Carolina.

**Awards and Honors**

- University of South Carolina Compleat Lawyer Award Platinum Recipient, 2015
- S.C. Appleseed Rev. Sen. Clementa C. Pinckney Award for Justice, 2016
- The Best Lawyers in America – Health Law (1995 – 2025), Best Health Lawyer in Columbia, 2015
- South Carolina Super Lawyers, Health Law (2008-2022), Civil Rights, 2022
- Columbia Business Monthly "Legal Elite," Health Law, 2016

- Charles Dorsey Award, National Legal Aid and Defender Association Biennial National Award, 2007
- South Carolina Bar Pro Bono Lawyer of the Year, 2005

**Select Professional Experience**

- Adjunct Professor of Health Law, University of South Carolina School of Law
- Appointed Clinical Adjunct Professor of Preventive Medicine and Community Health, University of South Carolina School of Medicine
- Executive Director, S.C. Legal Services Association, 1984-1987 (Predecessor to SC Appleseed)
- Staff Attorney, Palmetto Legal Services and SC Legal Services, 1978-1983
- Partner, Nelson Mullins Riley & Scarborough, 1992-2022; Founder, Health Law Practice; Director, Corporate and Tax Division, 2005-2008; Chair of Firm Founding Pro Bono and Diversity Committees

**Select Professional Associations and Memberships**

- SC Access to Justice Task Force and Commission, Chair and Vice-Chair
- Fellow, American Bar Association
- SC Bar Hospital and Pro Bono Committees, Chair and Member
- South Carolina and Richland County Bar Associations

**Select Community Involvement**

- President, ACLU, SC Chapter Board of Directors
- Former Chairman, South Carolina Legal Services Board of Directors
- Former Chairman, South Carolina State Board of Education
- Former Chairman, Appleseed Legal Justice Center Board of Directors
- Former Chairman, American Red Cross, SC Blood Services Region Board of Directors
- Former Chairman, Columbia Academy

**Education**

- University of South Carolina School of Law, Juris Doctor (1978)
    - Recipient, American Jurisprudence Award in Civil Procedure
    - Member, Moot Court Bar
- Princeton Theological Seminary (1973)
- Erskine College, Bachelor of Arts degree, American History (1972)

# EXHIBIT 2

BURNETTE SHUTT MCDANIEL
Moving law forward.

P.O. Box 1929
Columbia, SC 29202
Phone: 803.850.0912
Fax: 803.904.7910
Email: Abrognano@BurnetteShutt.Law
BurnetteShutt.Law

Statement of Activity # 70764
Date: 01/08/2026
Due On: 01/18/2026

Disability Rights South Carolina
3710 Landmark Drive, Suite 208
Columbia, SC 29204

## 22061.002

**Disability Rights of South Carolina: Charleston County Sheriff's Dept. and Al Cannon**

| Date | Timekeeper | Notes | Hours | Rate | Total |
|---|---|---|---|---|---|
| 03/25/2020 | SMA | [DATE RANGE 3/25/2020 to July 14/2020] - Calls and exchange emails with client, Attorneys Brunson, Andrews, and other Team members re case investigation, potential expert selection; legal theories of liability, edits to draft complaint and complaint. | 25.00 | $550.00 | $13,750.00 |
| 07/20/2020 | SMA | [DATE RANGE 07/20/2020 to 11/2/2020] -- Calls and exchange emails with Attorneys Brunson, Andrews and opposing counsel re Plaintiff's motion for preliminary injunction and defendant's motions to dismiss and initial discovery; edits to draft Plaintiff's motion and opposition to Defendant's motion. | 30.00 | $550.00 | $16,500.00 |
| 11/04/2020 | SMA | [DATE RANGE 11/04/2020 to 12/22/2021] -- Calls and exchange of emails with Attorneys Brunson, Andrews, and opposing counsel re potential settlement, mediation and terms of consent order; selection of expert and negotiation of process for inspection and reporting. | 25.00 | $550.00 | $13,750.00 |
| 04/06/2022 | SMA | Tour new facility and meet with team; travel to Charleston; book for meeting (reduce time from 4 to 2 hours.) | 4.80 | $550.00 | $2,640.00 |
| 05/18/2022 | SMA | Conference Call with Judge Baker and counsel for parties regarding CCLP report; prepare for same. | 1.10 | $550.00 | $605.00 |
| 09/11/2023 | SMA | Review and revise draft consent order. | 5.50 | $550.00 | $3,025.00 |
| 09/18/2023 | SMA | Conference call with RB and AA re proposed revisions to consent order. | 1.20 | $550.00 | $660.00 |
| 02/28/2024 | SMA | Review and annotate revisions to consent order | 1.60 | $550.00 | $880.00 |
| 05/16/2024 | SMA | Review and annotate consent order to prepare for mediation. | 1.40 | $550.00 | $770.00 |
| 05/17/2024 | SMA | Exchange emails with RB and clients; review communication from mediator. | 0.30 | $550.00 | $165.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/22/2024 | SMA | Call with RB and AA re mediation prep. | 0.80 | $550.00 | $440.00 |
| 05/23/2024 | SMA | Participate in mediation and conference with team following mediation. | 8.20 | $550.00 | $4,510.00 |
| 05/27/2024 | SMA | Exchange emails with Mr Soler and RB regarding mediation. | 0.40 | $550.00 | $220.00 |
| 05/30/2024 | SMA | Call with team re proposal revisions to consent order. | 0.40 | $550.00 | $220.00 |
| 06/04/2024 | SMA | Call with AA and Public Defender's Office re facility conditions and treatment. | 1.50 | $550.00 | $825.00 |
| 06/07/2024 | SMA | Call with RB and AA re PD office report. | 0.50 | $550.00 | $275.00 |
| 06/21/2024 | SMA | Call with RB and AA to review and respond to Sheriff's proposed revisions to consent order. | 4.80 | $550.00 | $2,640.00 |
| 08/16/2024 | SMA | Exchange emails with RB regarding potential monitors. | 0.20 | $550.00 | $110.00 |
| 09/11/2024 | SMA | Exchange emails with RB regarding monitor selection. | 0.40 | $550.00 | $220.00 |
| 09/12/2024 | SMA | Call with team regarding monitor selection. | 0.80 | $550.00 | $440.00 |
| 01/20/2025 | SMA | Exchange emails with team regarding defense position regarding monitoring process. | 0.60 | $550.00 | $330.00 |
| 02/02/2025 | SMA | Exchange emails with team regarding monitor selection. | 0.50 | $550.00 | $275.00 |
| 04/18/2025 | SMA | Review proposed edits to consent order and emails with RB. | 0.50 | $550.00 | $275.00 |
| 06/04/2025 | SMA | Draft revisions to proposed settlement agreement. | 1.80 | $550.00 | $990.00 |
| 06/05/2025 | SMA | Complete drafting revisions to proposed settlement agreement. | 3.20 | $550.00 | $1,760.00 |
| 06/06/2025 | SMA | Review consent order edits and call with team re same. | 2.60 | $550.00 | $1,430.00 |
| 06/10/2025 | SMA | Exchange emails with team re mental health issues. | 0.20 | $550.00 | $110.00 |
| 06/10/2025 | SMA | Continue to revise draft order. | 1.40 | $550.00 | $770.00 |
| 06/11/2025 | SMA | Exchange emails with RB re several final edits to proposed settlement agreement; review and comment on report to Judge Norton. | 0.90 | $550.00 | $495.00 |
| 06/20/2025 | SMA | Exchange emails with RB re mediation schedule. | 0.20 | $550.00 | $110.00 |
| 07/14/2025 | SMA | Call with team to prepare for meeting with monitor; call with Ms. Franco regarding same. | 0.90 | $550.00 | $495.00 |
| 07/15/2025 | SMA | Review draft settlement agreement to prepare for meeting; meet with counsel for all parties and with Mr. Kehoe; travel to and from Charleston for meeting (reduce time from 4 to 2 hours). | 4.20 | $550.00 | $2,310.00 |
| 07/31/2025 | SMA | Review and revise draft consent decree and forward to team. | 5.10 | $550.00 | $2,805.00 |
| 08/01/2025 | SMA | Call with team to finalize County’s proposal. | 2.30 | $550.00 | $1,265.00 |
| 08/04/2025 | SMA | Call with RB to continue review of edits to Consent Decree. | 1.00 | $550.00 | $550.00 |
| 08/06/2025 | SMA | Make additional revisions to defendant's draft consent decree. | 0.80 | $550.00 | $440.00 |

| | | | | | |
|---|---|---|---|---|---|
| 08/11/2025 | SMA | Exchange emails with RB re consent settlement. | 0.30 | $550.00 | $165.00 |
| 08/12/2025 | SMA | Exchange emails with RB and defense counsel. | 0.30 | $550.00 | $165.00 |
| 10/02/2025 | SMA | Review draft settlement agreement with team. | 1.20 | $550.00 | $660.00 |
| 10/03/2025 | SMA | Complete review of settlement agreement, discuss mediation process and exchange emails with team and Ms Jackson re mediation. | 1.30 | $550.00 | $715.00 |
| 10/12/2025 | SMA | Multiple correspondence with legal team regarding newspaper article regarding withdrawal of preliminary injunction motion. | 0.30 | $550.00 | $165.00 |
| 10/21/2025 | SMA | Call with team and Ms Jackson re settlement terms. | 1.50 | $550.00 | $825.00 |
| 10/29/2025 | SMA | Participate in mediation; drive to and from Charleston for mediation (reduce time from 4 to 2 hours). | 3.00 | $550.00 | $1,650.00 |
| 11/06/2025 | SMA | Call with client re final draft of consent decree. | 0.40 | $550.00 | $220.00 |
| 12/06/2025 | SMA | Edit billing statement. | 1.70 | $550.00 | $935.00 |
| 12/10/2025 | SMA | Exchange emails with several counsel to obtain affidavits in support of fee petition; review federal court orders re same; prepare email to RB re billing statement edits. | 3.20 | $550.00 | $1,760.00 |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Stuart Andrews | Special Counsel | 153.3 | $550.00 | $84,315.00 |
| | | | **Subtotal** | **$84,315.00** |
| | | | **Total** | **$84,315.00** |

# Detailed Statement of Account

## Current Statement of Activity

| Statement of Activity # | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 70764 | 01/18/2026 | $84,315.00 | $0.00 | $84,315.00 |
| | | | **Outstanding Balance** | **$84,315.00** |
| | | | **Amount in Trust** | **$0.00** |
| | | | **Total Amount Outstanding** | **$84,315.00** |

| Account | Balance |
|---|---|
| Trust Account Balance | $0.00 |
| Operating Account Balance | $0.00 |
| **Total Account Balance** | **$0.00** |

Please make all amounts payable to: Burnette Shutt & McDaniel, PA
Tax ID # 82-1282995

Please pay within 10 days. 1.5% simple interest will be charged every 30 days (18% annual rate).

Please include the Statement of Activity # so we may accurately identify and apply your payment.

P.O. Box 1929
Columbia, SC 29202
Phone: 803.850.0912
Fax: 803.904.7910
Email: Abrognano@BurnetteShutt.Law
BurnetteShutt.Law

Statement of Activity # 70764
Date: 01/08/2026
Due On: 01/18/2026

## Pay your invoice online

**To pay your invoice, open the camera on your mobile device and place the QR code in the camera's view.**

Or, **click here** if you're viewing on a computer or smartphone.