# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | |
|---|---|
| Protection and Advocacy for People with Disabilities, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> James Alton Cannon, Jr., in his official ) <br> capacity as Charleston County Sheriff, ) <br> Mitch Lucas, in his official capacity as ) <br> Assistant Charleston County Sheriff, ) <br> Willis Beatty, in his official capacity as ) <br> Chief Deputy of Charleston County ) <br> Sheriff's Office, and Charleston County ) <br> School District, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 2:20-cv-02738-DCN <br><br> **AFFIDAVIT OF ANNIE E. ANDREWS IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |

Appearing before me, Annie E. Andrews, the undersigned affirms and says that:

1. I have practiced law since 2013. I am licensed to practice in the State of South Carolina and before the United States District Court for the District of South Carolina. I earned my J.D. from the Charleston School of Law in 2013 and my B.A from the University of South Carolina in 2007.

2. I have represented the Plaintiff in this case since July 25, 2020.

3. For this time period, my usual and customary billing rate has been $400 per hour.

4. In preparing the billing report, attached as Exhibit 1, I reconstructed my time records by reviewing the contemporaneous billing records maintained by co-counsel Robert Brunson of Nelson Mullins. By cross-referencing Mr. Brunson's detailed time entries, I was able to identify each instance where my participation was reflected in his records, primarily consisting

of team meetings, strategy calls, and collaborative work sessions in which I participated alongside Mr. Brunson and other members of the legal team. I supplemented this reconstruction with my independent recollection of tasks I performed, most notably my work drafting and revising the consent order, which I tracked separately given the concentrated nature of that effort. The time entries in Exhibit 1 reflect my best professional judgment of the hours I devoted to this matter based on these sources.

5. A report of my time on this matter, attached as Exhibit 1, was prepared for purposes of Plaintiff's Motion for Attorneys' Fees, Costs, and Expenses (the "Motion for Fees"). I affirm that Exhibit 1 is a true and accurate reflection of the time I spent on this matter.

6. As shown in Exhibit 1, I worked a total of 162.3 hours on this case, which would represent fees of $64,920. This time was reasonable and necessary to the prosecution of Plaintiff's case.

7. The value of my services to Plaintiff in this case is $64,920.00. However, for personal reasons, I have decided not to seek recovery of any portion of this fee.

9. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

_____
Annie E. Andrews

SWORN to and subscribed before me
this 12 day of January 2026.

_____
Notary for South Carolina
Expires: 8/24/32



2

# EXHIBIT 1

# Annie Andrews - Billing Report

## Protection and Advocacy for People with Disabilities v. Charleston County Juvenile Detention Center & Charleston County School District

**Report Generated:** September 10, 2025
**Hourly Rate:** $400.00
**Total Hours:** 162.30 hours
**Total Amount:** $64,920.00

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/25/2020 | Final review of complaint. | 2.50 | $1,000.00 |
| 07/27/2020 | Multiple correspondence with legal team regarding case filing, case issues, and strategy. | 0.90 | $360.00 |
| 07/27/2020 | Weekly team meeting to discuss strategy and action items. | 1.30 | $520.00 |
| 07/27/2020 | Prep for and attend team meeting. | 1.90 | $760.00 |
| 07/27/2020 | Weekly team meeting and follow up relating to the same. | 1.50 | $600.00 |
| 07/28/2020 | Multiple correspondence with legal team regarding possible informal discovery. | 0.20 | $80.00 |
| 07/28/2020 | Emails with team to discuss filings and next steps. | 0.80 | $320.00 |
| 07/29/2020 | Correspondence with opposing counsel and team regarding negotiation of informal discovery and confidentiality order. | 1.50 | $600.00 |
| 07/30/2020 | Analyze and review memorandum summarizing witness interview by Paralegal Lynch. | 0.20 | $80.00 |
| 07/30/2020 | Multiple correspondence with legal team regarding strategy and analysis in seeking temporary restraining order against use of the wet cell and the restraint chair. | 0.40 | $160.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/30/2020 | Emails with team and clients regarding incident and potential motion for TRO and related issues. | 2.20 | $880.00 |
| 07/31/2020 | Multiple correspondence with legal team regarding strategy and action items. | 0.80 | $320.00 |
| 07/31/2020 | Multiple correspondence between legal team and opposing counsel regarding incident at CCJDC. | 0.30 | $120.00 |
| 08/03/2020 | Multiple correspondence with legal team and opposing counsel regarding green team incident at CCJDC. | 0.70 | $280.00 |
| 08/03/2020 | Study surveillance videos from facility regarding taser incident. | 1.20 | $480.00 |
| 08/03/2020 | Call with DOJ | 0.60 | $240.00 |
| 08/03/2020 | Emails with opposing counsel and team regarding informal discovery and other matters. | 0.60 | $240.00 |
| 08/03/2020 | Weekly team meeting to discuss strategy and deadlines. | 2.00 | $800.00 |
| 08/03/2020 | Attend weekly team case strategy meeting. | 2.00 | $800.00 |
| 08/04/2020 | Multiple correspondence with legal team regarding case issues and strategy. | 1.50 | $600.00 |
| 08/04/2020 | Complete review of initial videos from July 30th incident. | 1.50 | $600.00 |
| 08/06/2020 | Call with Claire Raj. | 0.80 | $320.00 |
| 08/06/2020 | Emails with team and opposing counsel regarding preservation letters and a variety of other issues. | 1.20 | $480.00 |
| 08/06/2020 | Review letters of preservation from Attorney Senn. | 0.30 | $120.00 |
| 08/07/2020 | Emails with team regarding call with potential expert witness. | 0.50 | $200.00 |
| 08/10/2020 | Weekly team meeting to discuss strategy and developments in case. | 1.00 | $400.00 |
| 08/11/2020 | Call with Nina Gupta and Annie Andrews regarding education issues. | 0.50 | $200.00 |
| 08/13/2020 | Emails with team regarding potential involvement of Department of Justice and next steps in light of move of children to adult jail. | 1.00 | $400.00 |
| 08/17/2020 | Analyze and review summaries of witness interviews by Paralegal Lynch. | 0.50 | $200.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/17/2020 | Weekly team meeting | 0.70 | $280.00 |
| 08/18/2020 | Analyze and review motions to dismiss filed by defendants and develop litigation strategy in response. | 2.80 | $1,120.00 |
| 08/18/2020 | Multiple correspondence with legal team regarding strategy. | 0.40 | $160.00 |
| 08/19/2020 | Multiple correspondence with legal team regarding strategy for response to defendant's motions to dismiss. | 0.50 | $200.00 |
| 08/20/2020 | Analyze and review summary of witness interview by Paralegal Lynch. | 0.20 | $80.00 |
| 08/24/2020 | Weekly strategy meeting with legal team. | 1.50 | $600.00 |
| 08/25/2020 | Analyze and review summary of witness interviews by Paralegal Lynch. | 0.20 | $80.00 |
| 08/28/2020 | Multiple correspondence between legal team and opposing counsel regarding request to inspect detention facility. | 0.20 | $80.00 |
| 08/31/2020 | Weekly team meeting and review materials in preparation for the same. | 1.20 | $480.00 |
| 08/31/2020 | Emails with team relating to responses to motions to dismiss and affidavit in support o the same. | 0.40 | $160.00 |
| 08/31/2020 | Correspondence with legal team regarding summaries of witness interviews by Paralegal Lynch. | 0.30 | $120.00 |
| 08/31/2020 | Participate in team case strategy meeting. | 1.00 | $400.00 |
| 09/08/2020 | Weekly strategy meeting with legal team. | 1.80 | $720.00 |
| 09/08/2020 | Multiple correspondence between legal team and opposing counsel regarding request to inspect facility. | 0.20 | $80.00 |
| 09/10/2020 | Multiple correspondence with legal team regarding strategy for reply in support of motion for preliminary injunction. | 0.30 | $120.00 |
| 09/11/2020 | Email exchange with Annie Andrews regarding what constitutes FAPE. | 0.50 | $200.00 |
| 09/12/2020 | Strategize with Stuart Andrews, R. Brunson and Shane Martin re monitors and comments on consent decree. | 0.50 | $200.00 |
| 09/14/2020 | Weekly strategy meeting with legal team. | 2.40 | $960.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/15/2020 | Correspondence between legal team and opposing counsel regarding request to view new facility. | 0.20 | $80.00 |
| 09/17/2020 | Correspondence with legal team regarding updates from witnesses. | 0.20 | $80.00 |
| 09/17/2020 | Review issues relating to Sebrina Washington concerns. | 0.50 | $200.00 |
| 09/21/2020 | Weekly strategy meeting with legal team. | 2.00 | $800.00 |
| 09/24/2020 | Multiple correspondence with legal team and opposing counsel regarding informal information exchange. | 0.50 | $200.00 |
| 09/28/2020 | Weekly meeting. | 1.00 | $400.00 |
| 09/29/2020 | Participate in meeting with expert Rhoads, consultant David Utter, Attorney Brunson and Attorney Andrews regarding upcoming inspection of current and former juvenile facilities. | 1.40 | $560.00 |
| 10/01/2020 | Emails with team and opposing counsel regarding releases and other issues. | 0.40 | $160.00 |
| 10/05/2020 | Weekly strategy meeting with legal team. | 1.80 | $720.00 |
| 10/08/2020 | Review memo in education issues and consider. | 0.60 | $240.00 |
| 10/10/2020 | Multiple correspondence with legal team regarding proposed comment for media inquiry on recent withdrawal of preliminary injunction motion. | 0.50 | $200.00 |
| 10/13/2020 | Prepare for and conduct call with DOJ. Memo to team re same. | 1.50 | $600.00 |
| 10/15/2020 | Multiple correspondence with legal team regarding litigation strategy and potential mediators. | 0.30 | $120.00 |
| 10/16/2020 | Email correspondence with team regarding strategy and communications from defendants' counsel. | 0.60 | $240.00 |
| 10/20/2020 | Multiple correspondence with legal team and opposing counsel regarding proposed early mediation and use of U.S. Magistrate Judge Baker as mediator. | 0.30 | $120.00 |
| 10/20/2020 | Weekly team meeting to discuss strategy in case. | 0.50 | $200.00 |
| 10/21/2020 | Multiple correspondence with legal team regarding draft email to court requesting appointment of magistrate as mediator. | 0.40 | $160.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 10/21/2020 | Correspondence with opposing counsel and legal team regarding releases for records. | 0.20 | $80.00 |
| 10/21/2020 | Multiple correspondence with legal team regarding request for mediation by Magistrate Judge Baker. | 0.30 | $120.00 |
| 10/22/2020 | Correspondence with legal team regarding appointment of mediator. | 0.10 | $40.00 |
| 10/22/2020 | Correspondence with all counsel of record and court regarding request for appointment of mediator. | 0.10 | $40.00 |
| 10/23/2020 | Correspondence from U.S. Magistrate Judge Bakr regarding mediation. | 0.10 | $40.00 |
| 10/23/2020 | Multiple correspondence with legal team regarding availability for mediation. | 0.30 | $120.00 |
| 10/26/2020 | Emails with team relating to mediation. | 0.30 | $120.00 |
| 10/27/2020 | Multiple correspondence with opposing counsel and legal team regarding upcoming mediation. | 0.20 | $80.00 |
| 10/27/2020 | Weekly strategy meeting with legal team. | 1.40 | $560.00 |
| 10/27/2020 | DOJ correspondence about mediation. Team update. | 0.50 | $200.00 |
| 10/27/2020 | Team meeting to discuss strategy and follow up relating to the same. | 1.30 | $520.00 |
| 10/28/2020 | Multiple correspondence with legal team regarding strategy meeting. | 0.20 | $80.00 |
| 11/02/2020 | Weekly strategy meeting with legal team. | 0.50 | $200.00 |
| 11/04/2020 | Legal strategy meeting with legal team regarding election loss by current sheriff and discussing next steps. | 0.70 | $280.00 |
| 11/05/2020 | Multiple correspondence with legal team regarding litigation strategy and next steps in light of opposing counsel's withdrawal of agreement to mediate based on outcome of election. | 0.30 | $120.00 |
| 11/05/2020 | Email correspondence with team regarding developments in case in light of the election. | 0.60 | $240.00 |
| 11/10/2020 | Weekly planning meeting with team. | 0.40 | $160.00 |
| 11/13/2020 | Meeting with legal team regarding meeting with sheriff-elect and legal strategy moving forward. | 0.70 | $280.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11/13/2020 | Correspondence with legal team regarding proposed policies for solitary confinement and use of restraint chair. | 0.30 | $120.00 |
| 11/17/2020 | Weekly strategy meeting with legal team. | 0.20 | $80.00 |
| 11/23/2020 | Correspondence with legal team regarding weekly strategy call. | 0.10 | $40.00 |
| 11/30/2020 | Correspondence with legal team regarding case. | 0.20 | $80.00 |
| 12/10/2020 | Team video conference. | 0.50 | $200.00 |
| 12/15/2020 | Strategy call with legal team regarding possible approaches to settlement with new sheriff. | 0.60 | $240.00 |
| 12/17/2020 | Correspondence with legal team regarding transition of sheriff-elect. | 0.10 | $40.00 |
| 01/21/2021 | Analyze and review notice of hearing on motions to dismiss. | 0.20 | $80.00 |
| 01/22/2021 | Correspondence with legal team regarding recent developments and appointments within new sheriff's admin and strategy regarding settlement negotiations. | 0.20 | $80.00 |
| 01/22/2021 | Analyze correspondence from opposing counsel regarding changes to detention center since election of new sheriff. | 0.30 | $120.00 |
| 01/26/2021 | Correspondence with legal team regarding sheriff transition and case strategy. | 0.30 | $120.00 |
| 02/03/2021 | Multiple correspondence with legal team regarding case status and strategy. | 0.30 | $120.00 |
| 02/04/2021 | Correspondence with legal team regarding lack of update on current detention center conditions. | 0.20 | $80.00 |
| 02/08/2021 | Attend call with team to plan strategy moving forward. | 0.70 | $280.00 |
| 02/26/2021 | Correspondence with legal team regarding status of case, settlement talks and strategy. | 0.30 | $120.00 |
| 02/26/2021 | Telephone conference with legal team about strategy. | 0.70 | $280.00 |
| 03/02/2021 | TC with legal team about case strategy. | 0.70 | $280.00 |
| 03/05/2021 | Correspondence with legal team via phone regarding strategy in response to opposing counsel's emails about mediation. | 0.80 | $320.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/05/2021 | Telephone conference with legal team about mediation strategy. | 0.30 | $120.00 |
| 03/10/2021 | Correspondence with legal team about mediation strategy. | 0.30 | $120.00 |
| 03/15/2021 | Correspondence with legal team about media inquiry. | 0.10 | $40.00 |
| 03/15/2021 | Correspondence with legal team about mediation strategy. | 0.20 | $80.00 |
| 03/17/2021 | Correspondence with legal team about strategy in responding to opposing counsel regarding mediation. | 0.70 | $280.00 |
| 03/18/2021 | Correspondence from court and among legal team about requested telephone all with judge. | 0.30 | $120.00 |
| 03/19/2021 | Review email update about call with opposing counsel regarding mediation. | 0.30 | $120.00 |
| 03/19/2021 | Review email update regarding call with opposing counsel regarding mediation. | 0.20 | $80.00 |
| 03/23/2021 | Correspondence with legal team about conditions at new facility. | 0.20 | $80.00 |
| 03/30/2021 | telephone conference with judge norton and opposing counsel about case update. | 0.20 | $80.00 |
| 03/30/2021 | Correspondence with legal team about mediation strategy. | 0.40 | $160.00 |
| 04/07/2021 | Correspondence with legal team regarding case strategy call with Mark Soler. | 0.70 | $280.00 |
| 04/27/2021 | Correspondence with legal team about mediation strategy. | 0.30 | $120.00 |
| 04/27/2021 | Correspondence with legal team about mediation. | 0.30 | $120.00 |
| 04/27/2021 | Call with legal team about mediation strategy. | 1.00 | $400.00 |
| 04/27/2021 | Telephone conference with legal team. | 1.00 | $400.00 |
| 04/28/2021 | Review JDAI standards, DJJ standards, and other standards for mediation. | 3.30 | $1,320.00 |
| 05/03/2021 | Attend mediation | 5.50 | $2,200.00 |
| 05/13/2021 | Correspondence with legal team regarding negotiations with CCSO. | 0.10 | $40.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 05/13/2021 | Correspondence with legal team regarding negotiations with CCSO. | 0.10 | $40.00 |
| 05/17/2021 | Multiple correspondence with legal team and opposing counsel regarding draft joint status report. | 0.40 | $160.00 |
| 05/17/2021 | Telephone conference with legal team regarding strategy. | 0.60 | $240.00 |
| 05/25/2021 | Correspondence with legal team regarding news article and strategy implications. | 0.20 | $80.00 |
| 05/26/2021 | Emails with Annie and Lauren about contact from parent of a child at CCJDC. | 0.50 | $200.00 |
| 06/07/2021 | Analyze and review submitted joint status report on mediation and settlement. | 0.20 | $80.00 |
| 06/07/2021 | Multiple correspondence with legal team regarding requested extension of deadlines for inclusion in joint status report. | 0.20 | $80.00 |
| 06/08/2021 | Analyze and review presentation to County Council prepared by Sheriff's department regarding changes to juvenile center and correspondence with legal team regarding same. | 0.50 | $200.00 |
| 06/14/2021 | Analyze and review press coverage of DJJ conditions sent to legal team. | 0.20 | $80.00 |
| 06/21/2021 | Analyze and review BMU records and incident reports produced by opposing counsel. | 3.20 | $1,280.00 |
| 06/23/2021 | Call with legal team regarding case strategy. | 0.50 | $200.00 |
| 06/25/2021 | Work with team and opposing counsel to negotiate updated deadlines and send joint status report to the court. | 0.60 | $240.00 |
| 07/16/2021 | Analyze and review draft joint status report to Judge Baker and correspondence with legal team regarding same. | 0.40 | $160.00 |
| 08/30/2021 | Multiple correspondence with legal team regarding status update on case. | 0.10 | $40.00 |
| 08/31/2021 | Conference with legal team regarding strategy in timing of facility assessment. | 0.60 | $240.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/03/2021 | Multiple correspondence with legal team regarding settlement negotiations, facility assessment, and strategy. | 0.50 | $200.00 |
| 09/15/2021 | Analyze and review draft joint status report to mediator prior to sharing with opposing counsel. | 0.20 | $80.00 |
| 09/27/2021 | Review order ruling on MTD. | 0.50 | $200.00 |
| 09/27/2021 | Review correspondence and recent Orders with Court; communicate with Attorney Annie Andrews regarding case status. | 0.50 | $200.00 |
| 09/28/2021 | Conference with legal team regarding strategy for discovery in light of ongoing facility assessment. | 0.20 | $80.00 |
| 10/04/2021 | Analyze and review answer filed by Sheriff's defendants. | 0.30 | $120.00 |
| 10/13/2021 | Analyze and review filed answers from defendants and determine strategic next steps in response. | 0.90 | $360.00 |
| 10/18/2021 | Correspondence with legal team regarding request for comment from media. | 0.20 | $80.00 |
| 04/06/2022 | Tour new facility and lunch meeting with Annie Andrews and Stuart Andrews. | 2.80 | $1,120.00 |
| 06/24/2022 | Work on plan for following up on assessment of CCJDC; call with Stuart and Annie. | 1.80 | $720.00 |
| 09/06/2022 | Call with team and follow up on consent order. | 1.00 | $400.00 |
| 10/05/2022 | Various communications with Stuart Andrews and Annie Andrews about consent order issues. | 0.50 | $200.00 |
| 01/30/2023 | Review notes and quick review of draft consent order to prepare for status call; call with client and SMA and Annie. | 1.50 | $600.00 |
| 08/31/2023 | Work on consent order. | 5.00 | $2,000.00 |
| 09/12/2023 | Participate in team case strategy meeting regarding proposed order and agreement. | 1.30 | $520.00 |
| 09/18/2023 | Participate in CCJDC team case strategy meeting. | 0.20 | $80.00 |
| 09/20/2023 | Work on consent order. | 6.00 | $2,400.00 |
| 09/22/2023 | Work on consent order. | 5.00 | $2,000.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/27/2023 | Email to S. and A. Andrews re research on attorneys' fees. | 0.10 | $40.00 |
| 09/27/2023 | Emails with S. Andrews and A. Andrews; review comments to decree; email to R. Brunson forwarding latest version of decree. | 0.40 | $160.00 |
| 10/03/2023 | Communicate with C. Lynch. | 0.20 | $80.00 |
| 10/11/2023 | Review correspondence and follow-up with R. Brunson; receipt of additional correspondence from opposing counsel and from team re deadline later in the afternoon. | 0.70 | $280.00 |
| 11/06/2023 | Participate in team strategy call re DOJ developments and case strategy. | 0.30 | $120.00 |
| 11/09/2023 | Participate in team case strategy call. | 0.50 | $200.00 |
| 11/27/2023 | Receive and review emails re consent decree. | 0.10 | $40.00 |
| 12/14/2023 | Review email from Robin Jackson; consult with team and respond. | 0.50 | $200.00 |
| 12/14/2023 | Receive emails re extension request from the government. | 0.10 | $40.00 |
| 12/19/2023 | Review communications regarding contents of draft proposed order and related materials. | 0.80 | $320.00 |
| 01/25/2024 | Review CCSO counsel's revisions to proposed consent order and create outline for team. | 3.00 | $1,200.00 |
| 02/22/2024 | Review/analysis of emails from co-counsel re status of consent order; review status of consent order comments. | 0.40 | $160.00 |
| 02/23/2024 | Call with team. | 0.90 | $360.00 |
| 02/28/2024 | Review email correspondence from client and team; planning for attendance at Friday's call. | 0.40 | $160.00 |
| 02/29/2024 | Prepare for and attend call with Soler regarding consent order negotiations. | 2.00 | $800.00 |
| 03/05/2024 | Participate in team case strategy meeting. | 0.60 | $240.00 |
| 03/07/2024 | Emails with team in the afternoon; final review of proposed correspondence to opposing counsel. | 0.30 | $120.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 03/12/2024 | Emails from/to team regarding meet and confer letter to opposing counsel; emails later in the afternoon to/from clients. | 0.30 | $120.00 |
| 03/27/2024 | Correspondence with team and from opposing counsel re rescheduling mediation; attend to calendar re scheduling of same for late April or early May; correspondence to team re same. | 0.70 | $280.00 |
| 04/02/2024 | Correspondence re mediation dates. | 0.20 | $80.00 |
| 05/22/2024 | Review research on submission of bill of costs; call with Stuart and Robert. | 1.00 | $400.00 |
| 06/06/2024 | Meet with Stuart Andrews and Robert Brunson to review and revise draft consent order. Follow up work cleaning up document. | 3.50 | $1,400.00 |
| 06/07/2024 | Strategize with S. Andrews, R. Brunson, and Shane Martin re mediation and next steps. | 0.30 | $120.00 |
| 06/21/2024 | Meet with team to review areas of dispute in proposed consent order. | 5.00 | $2,000.00 |
| 06/28/2024 | Strategize with R. Brunson and S. Andrews re revisions to consent order. | 2.50 | $1,000.00 |
| 08/19/2024 | Conference call re monitoring recommendations; attend conference call with S. Andrews, Robert Brunson and Shane Martin | 1.00 | $400.00 |
| 09/12/2024 | Strategize with Stuart Andrews, R. Brunson and Shane Martin re monitors and comments on consent decree. | 0.50 | $200.00 |
| 06/06/2025 | Meet with Stuart Andrews and Robert Brunson to review and revise draft consent order. Follow up work cleaning up document. | 3.50 | $1,400.00 |
| 06/06/2025 | Meet with Stuart Andrews and Robert Brunson to review and revise draft consent order. | 3.00 | $1,200.00 |
| 07/14/2025 | Call with Robert and Stuart; email exchange with monitor; prepare for meeting with monitor. | 1.00 | $400.00 |
| 07/15/2025 | Prep for and attend meeting with all counsel and proposed monitor, Chuck Kehoe. | 2.50 | $1,000.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/01/2025 | Review revisions to draft consent order; call with Stuart Andrews and Robert Brunson to review consent order issue. | 6.00 | $2,400.00 |