# EXHIBIT E

https://www.postandcourier.com/news/lawsuit-filed-against-charleston-county-juvenile-lockup-alleges-inhumane-conditions/article_2963b512-ccde-11ea-ae14-f39185577218.html

# Lawsuit filed against Charleston County juvenile lockup alleges 'inhumane' conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

JUL 25, 2020



A cell at the Charleston County Juvenile Detention Center on Feb. 26, 2020. Parents of juveniles at the facility said they feel powerless to help their children, who may languish there for months. File/Brad Nettles/Staff

BNETTLES@POSTANDCOURIER.COM

Officials in charge of Charleston County's juvenile lockup are being sued in federal court by an advocacy group after years of complaints that conditions endanger and traumatize children held there.

The group Protection and Advocacy for People with Disabilities, represented by the Nelson Mullins Riley & Scarborough law firm, filed the suit on Saturday, naming the Charleston County sheriff, assistant sheriff and chief deputy, along with the Charleston County School District.

The complaint accuses them of "deliberate indifference" toward an allegedly inhumane environment at the county Juvenile Detention Center. It asks the court to force the defendants to drastically improve the "medieval conditions" at the juvenile center.

**⬇ Download PDF**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Protection and Advocacy for People with Disabilities, Inc., | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) ) | **COMPLAINT** |
| vs. | ) ) | |
| James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of the Charleston County Sheriff's Office, and Charleston County School District, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Protection and Advocacy for People with Disabilities, Inc. ("P&A" or "Plaintiff"), by and through its undersigned counsel, files this complaint against Defendants James Alton Cannon, Jr., Mitch Lucas, and Willis Beatty (collectively "CCJDC Defendants"), and Charleston County School District ("CCSD"), and alleges as follows:

**NATURE OF THE ACTION**

1.      This is a civil rights action brought by Plaintiff to address the dangerous, inhumane, and unconstitutional conditions, policies, and practices that exist and have existed for the children detained at the Charleston County Juvenile Detention Center (the "CCJDC"), including children with disabilities (the "Children"). These Children, who are as young as 11 years old, are held prior to being convicted of any crime, and they are held for the purpose of rehabilitation. Rather than being cared for and rehabilitated, however, they are locked in small,

1

The conditions violate state and federal standards, along with sections of the U.S. Constitution, and cause "serious and irreparable physical, psychological, mental, and emotional injuries" to the children held there, according to the civil rights suit.

The Post and Courier published an investigation of the facility in March, finding that juveniles aged 11 to 16 and not convicted of any crime often spent up to 24 hours a day in cramped cells, having little time for recreation and virtually no time outdoors.

Parents, attorneys and observers condemned the facility and its operators, saying they've ignored complaints for years.



**NEWS**

Parents, attorneys condemn Charleston County juvenile lockup: 'It's not a safe place'

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

The Sheriff's Office has said it plans to open a new, $16 million facility in 2021 and in the meantime there's not enough money or space to make improvements.

An attorney for the Sheriff's Office, state Sen. Sandy Senn, R-Charleston, claimed the lawsuit was filed to profit the plaintiff's attorneys and its claims have no merit. Senn also claimed that the suit is politically motivated because Sheriff Al Cannon faces an opponent in his November election.

"This complaint against the sheriff's office is 99% false and provably so with video and photographic evidence. Everything that can be remedied at the juvenile facility already has been remedied and the rest will be fixed in October of 2021 when the new juvenile center is finished being built," Senn said in an emailed statement to The Post and Courier.

The juvenile center was built in 1967 and faces issues with overcrowding and lack of repair. It has failed inspections by the S.C. Department of Corrections for several years running.

Annie Andrews, a former public defender and current attorney for the suit who has worked with more than 100 children incarcerated at the facility over the past three years, said the suit is a huge relief.

**⬇ Download PDF**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Protection and Advocacy for People with Disabilities, Inc., | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | **MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW** |
| James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Protection and Advocacy for People with Disabilities, Inc. ("P&A" or "Plaintiff"), pursuant to Rule 65 of the Federal Rules of Civil Procedure, hereby moves this Court to issue a Preliminary Injunction directing Defendants and their agents at the Charleston County Juvenile Detention Center ("CCJDC") to cease and desist immediately from engaging in practices that violate the constitutional and statutory rights of Plaintiff's members (the "Children"). As set out below, the requested injunctive relief is narrowly tailored to prevent further ongoing, irreparable harm to the juvenile pretrial detainees—many of whom suffer from various mental illnesses and other disabilities, making them particularly fragile—during the pendency of this action, in which P&A is likely to prevail. Equity, the public interest, and common decency require implementation of the requested injunction.

1

4848-1613-3312 v.65 AC9

"The issues within this place have gone unaddressed for possibly decades," Andrews said. "(These children) feel like they have a voice for the first time."

She vividly remembers her first visit to the juvenile detention center in the fall of 2017, when her first juvenile client walked into a dilapidated, run-down room, buttoning up his jumpsuit. She asked him if he'd just woken up and he said no — they weren't allowed to wear clothes in their rooms.

That was the start of a "litany of horrors" he brought up, Andrews said.

Over three years of advocating for her juvenile clients, she said she's hit brick walls trying to change the conditions.

The suit accuses the defendants of violating the Eighth and Fourteenth amendments, which protect against cruel and unusual punishment and establish the right to be free from harm. It asks the court for a preliminary injunction to stop practices of solitary confinement, lockdown and similar punishments.

The lawsuit also asks the court to enforce access to sufficient recreational, outdoor and educational time, along with access to medical and mental health treatment.

Until those standards are met, the court shouldn't allow any children to be confined at the lockup, the suit argues.



The Charleston County Juvenile Detention Center is located on Headquarters Road in North Charleston. Just weeks after a lawsuit claiming inhumane conditions for children at the juvenile center, the youths held there were moved down the road to the county jail. Brad Nettles/Staff

BNETTLES@POSTANDCOURIER.COM

The allegations, as The Post and Courier reported in March, detail a punishment-rich environment where children have little chance of rehabilitation. Children spend entire days locked in 80-square-foot rooms and have few, if any, opportunities for recreation and education. They are not allowed outside.

At least 45 children or parents of children who have been incarcerated at the facility were interviewed for the lawsuit.

Harsh discipline is common at the facility, the suit claims. Juveniles can be confined to their rooms or placed in a "wet cell" or restraint chair. Children call it the "wet cell" because they are often forced to urinate into a drain in the floor when they are left there for hours or days on end, attorneys say.

One child was reportedly in the cell for 10 consecutive days. Another was reportedly in a restraint chair for 12 hours for continuing to laugh after being told to stop.

When asked by The Post and Courier in February, Chief Deputy Willis Beatty, who runs the detention centers, denied that the cell was currently in use. Beatty is listed as a defendant in the lawsuit.

Rubber bullets, pepper spray and Tasers have also been used by guards and an outside SWAT Team to enforce obedience, the suit claims, citing at least one instance in which a child refused to leave the shower when instructed.



ARCHIVES

TIME + MONEY

DAVID SLADE

"These practices not only fail to achieve the goal of rehabilitation, but they sabotage it, causing irreparable damage not only to the most fragile members of our society at the most vulnerable times in their lives, but to society itself because of the heightened risk that these Children will become permanently trapped in a cycle of crime," the suit reads.

The suit's allegations outline a nightmarish day-to-day for the children at the facility. Cold and spoiled food; rats and bedbugs; constantly overflowing toilets; sleeping on the floor; a leaking roof. The juveniles spend most of their time, generally 22 hours a day, in their cells in what effectively has become solitary confinement, the suit claims.

Such conditions can be especially traumatic for the many mentally or physically disabled children incarcerated there, attorneys say.

The Charleston County School District had no comment on the filing. The suit alleges that the children detained at the facility are not provided with age-appropriate education or the necessary number of adequately trained instructors, particularly for special education. Many children only receive a few hours of school a week, or none, rather than the state-mandated 30 hours, the suit says.

NEWS



Juveniles face solitary confinement, abuse in state custody, Justice Department finds

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

---

Reach Fleming Smith at 843-937-5591. Follow her on Twitter at @MFlemingSmith.

MORE INFORMATION

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions

Feds weigh in on juvenile lockup lawsuit, as Sheriff's Office, school district respond

Attorneys withdraw motion for injunction in Charleston juvenile lockup lawsuit

---

**FLEMING SMITH**

Fleming Smith covers crime and public safety for the Charleston area. A native Georgian, she previously covered breaking news and features for The Wall Street Journal and The Atlanta Journal-Constitution.

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions | News | postandcourier.com

https://www.postandcourier.com/news/youths-moved-to-charleston-county-jail-as-lawsuit-proceeds-over-juvenile-lockup-conditions/article_b21b8f02-dca5-11ea-8862-c343e8c428ce.html

# Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

AUG 12, 2020



The Charleston County Juvenile Detention Center is located on Headquarters Road in North Charleston. Just weeks after a for children at the juvenile center, the youths held there were moved down the road to the county jail. Brad Nettles/Staff
BNETTLES@POSTANDCOURIER.COM

Just weeks after a lawsuit claiming inhumane conditions for children at the Charleston County Juvenile Detention Center, the youths held there were moved down the road to the Sheriff Al Cannon Detention Center, which is the county jail.

Officials cleared the fourth floor of the jail and moved the juveniles there Tuesday, Assistant Sheriff Mitch Lucas said.

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions | News | postandcourier.com

State law mandates that juvenile detainees be kept separate from jailed adults.

"We looked at it and the sheriff realized we had another option," Lucas said. "He thought it would be a better situation than what we had."

He said authorities intend to house the juveniles at the jail until a new juvenile facility is completed, currently scheduled for fall 2021.

The move was prompted by a July 25 lawsuit against the juvenile facility. Lucas said Sheriff Al Cannon looked at the allegations and felt that moving the juveniles to the adult jail was an important step.

"If the sheriff had known or seen these allegations before, he would have listened earlier," Lucas said.



**NEWS**

Lawsuit filed against Charleston County juvenile lockup alleges 'inhumane' conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

Boys and girls are held on the same floor but in different rooms, as was the case at the juvenile facility, Lucas said.

The lawsuit against the sheriff over the juvenile facility was filed by the group Protection and Advocacy for People with Disabilities, which is represented by the Nelson Mullins Riley & Scarborough law firm. The suit names as defendants the Charleston County sheriff, assistant sheriff and chief deputy, along with the Charleston County School District.

The complaint accused defendants of "deliberate indifference" toward an allegedly inhumane environment at the juvenile detention center. It asks the court to force the defendants to drastically improve the facility's conditions.

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions | News | postandcourier.com

The Post and Courier published an investigation of the juvenile lockup in March, finding that children ages 11 to 16 — but not convicted of any crime — often spent up to 24 hours a day in cramped cells, having little time for recreation and virtually no time outdoors or for education.

Parents, attorneys and observers condemned the facility and its operators, saying they've ignored complaints for years.

Lucas said the juveniles' schedules won't change substantially due to the move, and their access to education and recreation should proceed normally. The fourth floor will be completely isolated from the rest of the jail, he said.

Moving the juveniles shouldn't affect the staff's ability to contain COVID-19 at the jail, according to Lucas.

"It was getting more and more difficult to operate there," Lucas said of the current juvenile facility, which was built in 1967 and has had issues with the roof and plumbing.

"The sheriff is in a catch-22 because currently the juveniles are housed in a much worse facility than the adult inmates and it makes no sense to continue to pour taxpayers' money into fixing a crumbling building when a new one is already underway," said Cannon's legal representation, state Sen. Sandy Senn, R-Charleston.



The Sheriff Al Cannon Detention Center is located at 3841 Leeds Ave. in North Charleston. Just weeks after a lawsuit claiming inhumane conditions for children at the Charleston

She said Cannon hopes state regulators will allow the new arrangement to continue while the separate juvenile facility is being built.

"Barring regulatory interference, this move should resolve every issue raised in the lawsuit," Senn said. "The lawsuit, however, did not result in the sheriff's getting the new jail designed

County Juvenile Detention Center, the youths held there were moved down the road to the Sheriff Al Cannon Detention Center. Brad Nettles/Staff

BRAD NETTLES BNETTLES@POSTANDCOURIER.COM

and funded, as he had been working on that for decades but was forced to wait to build until the county provided the funding."

Tuesday's transfer isn't the first time juveniles have been moved to a wing of the adult jail. During hurricanes, children held at the juvenile facility are moved to the jail for safety, as the juvenile facility is old and dilapidated.

Robert Brunson, an attorney for plaintiffs in the lawsuit, said moving the children is a step in the right direction, but the suit isn't just about the building.

"It is about making sure that these vulnerable and often disabled children entrusted to the county are not kept in solitary confinement or put in a restraint chair as a punishment, and that they are not exposed to excessive force, such as through the use of rubber bullets and Tasers," Brunson said.

Mental health services, medical care, programming, outdoor access and proper education are also concerns he wants addressed.

"The conditions at the detention center did not pop up overnight, and it is the culture that must change, not just the building," he said.



NEWS

Parents, attorneys condemn Charleston County juvenile lockup: 'It's not a safe place'

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

"Putting so many children behind bars while subjecting them to the kinds of indignities no one should endure is not a viable strategy for turning lives around, and much remains to be done to ensure that the children placed in the hands of the county are healthy and safe, and that they also are given a chance to improve their lives."

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions | News | postandcourier.com

Brunson said he and the plaintiffs will continue to seek a court order that would require the defendants to make more changes, along with a monitor to enforce those changes.

---

Reach Fleming Smith at 843-937-5591. Follow her on Twitter at @MFlemingSmith.

MORE INFORMATION

Feds weigh in on juvenile lockup lawsuit, as Sheriff's Office, school district respond

Attorneys withdraw motion for injunction in Charleston juvenile lockup lawsuit

---

**FLEMING SMITH**

Fleming Smith covers crime and public safety for the Charleston area. A native Georgian, she previously covered breaking news and features for The Wall Street Journal and The Atlanta Journal-Constitution.

https://www.postandcourier.com/news/feds-weigh-in-on-juvenile-lockup-lawsuit-as-sheriffs-office-school-district-respond/article_62c4fb1a-f36f-11ea-a956-37cd52ec2faf.html

# Feds weigh in on juvenile lockup lawsuit, as Sheriff's Office, school district respond

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

SEP 14, 2020



Maj. Dorothy Harris, a Charleston County detention deputy, leaves a block for male juveniles who are temporarily being hou Center in North Charleston on Monday, Sept. 14, 2020. Lauren Petracca/Staff

LAUREN PETRACCA

It's been just over a month since the Charleston County juvenile lockup was shuttered and the children held there moved to the county's adult jail. Though its doors are closed, the fight over its conditions and culture, termed "medieval" in an advocacy group's lawsuit, hasn't ended.

In July, the advocacy group sued the Charleston County Sheriff's Office and the county school district, accusing them in federal court of traumatizing the children in their care through practices such as excessive isolation. The group's lawyers asked the court for an injunction to force officials to drastically improve conditions for the children. In recent filings, they said moving the children isn't enough.



A juvenile sleeps in the Sheriff Al Cannon Detention Center in North Charleston on Monday, Sept. 14, 2020. Lauren Petracca/Staff

LAUREN PETRACCA

On Monday, the Department of Justice filed a statement with the court stating conditions similar to those alleged in the lawsuit have been found unconstitutional by other courts. The statement says the federal government has investigated, and worked to remedy, other isolation practices much like those mentioned in the lawsuit.

⬇ **Download PDF**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Protection and Advocacy for People with Disabilities, Inc., | ) ) ) | Civil Action No.: 2:20-cv-02738-DCN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) ) | STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA |
| James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of Charleston County Sheriff's Office, and Charleston County School District, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

The United States respectfully submits this Statement of Interest to address the rights of

incarcerated youth in the juvenile justice system to protection from punitive isolation.[1]  The

Plaintiff, Protection and Advocacy for People with Disabilities, Inc., filed the above-captioned

lawsuit on behalf of children detained at the Charleston County Juvenile Detention Center in

Charleston, South Carolina.  Among other things, the Plaintiff alleges that the youth held at the

facility are subjected to arbitrary and excessive use of isolation.  Compl. at 5-24, ECF No. 1.

Plaintiff also filed a motion for a preliminary injunction seeking to remedy many

unconstitutional conditions, including the use of isolation.  Pl.'s Mot. for Prelim. Inj. at 30-33,

---

[1] The practice of confining youth and adult inmates to their cells for extended periods of time is described by a variety of terms, including "solitary confinement," "room confinement," "isolation," "restrictive housing," "segregation," "seclusion," or "lockdown."  In this brief we refer to the practice of segregating youth as "isolation."

"Plaintiffs allege that the routine, lengthy isolation of youth at Charleston County Juvenile Detention Center, as well as the use of the Center's disciplinary isolation and 'wet cell,' violate the youths' Fourteenth Amendment right to Due Process," the statement by U.S. Attorney Peter M. McCoy Jr. and Eric S. Dreiband, assistant attorney general, Civil Rights Division, and other civil rights attorneys wrote. "The United States, through its authority to enforce the constitutional rights of incarcerated juveniles in the criminal and juvenile justice systems, has found that similar conditions violate the Constitution and has worked with jurisdictions to remedy such unconstitutional policies and practices."

The Sheriff's Office and school district have said the claims noted in the lawsuit are false and unfair because, among other issues, they were not told which juveniles had been affected by the stark conditions at the old detention center. They've asked a federal judge to dismiss the suit.

Prior to the lawsuit's filing in July, The Post and Courier published an investigation of the juvenile lockup. The paper found in its March report that children ages 11 to 16 — none of them convicted of a crime — often spent up to 24 hours a day in cramped cells with little time for recreation and virtually no time outdoors or for education.



NEWS

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

In early August, partly in response to the lawsuit, the Sheriff's Office moved the juveniles housed at the facility to the fourth floor of the Sheriff Al Cannon Detention Center — Charleston County's adult jail.

Rather than individual cells, the juvenile unit has an open-living plan, and a motion filed in the case says the children now have access to the outdoors "all day" except for when they're in school. It's far more spacious, and juveniles have told attorneys

before that they far prefer the recently built adult jail to the juvenile facility, a rundown building with plumbing and roofing issues that was built in 1967.



Albert Greg, a Charleston County School District teacher who works with juveniles in detention, goes over paperwork in a multipurpose room at the Sheriff Al Cannon Detention Center in North Charleston on Monday, Sept. 14, 2020. Lauren Petracca/Staff

LAUREN PETRACCA

The Sheriff's Office has since argued that by moving the juveniles from the contested facility, it has cleared up any issues that weren't already remedied in 2018 when officials said the Charleston Public Defender's Office first brought complaints to them. The Sheriff's Office has also said it plans to have a new juvenile facility built by October 2021, and therefore an injunction, which also was requested through the lawsuit, isn't warranted.

Attorneys for the plaintiffs have countered that it's the culture, not just the building, that needs to change.



Shower stalls in the temporary facility that is housing juveniles at Sheriff Al Cannon Detention Center in North Charleston on Monday, Sept. 14, 2020. Lauren Petracca/Staff

LAUREN PETRACCA

In a motion filed Aug. 18, the Sheriff's Office, represented by the legal office of state Sen. Sandy Senn, R-Charleston, argues that Protection and Advocacy for People with Disabilities, which filed the suit, doesn't have the standing to sue Cannon and the others, either as an organization or on behalf of the juveniles. Since those children haven't sued or chosen to pursue administrative remedies on their own, the August filing claims, the suit should be dismissed.

The response also challenged the way attorneys for the group that initiated the lawsuit are providing evidence. The lawsuit mentions interviewing dozens of children who were incarcerated at the facility but whose names were kept anonymous.

Other papers, filed Sept. 8, refer to those interviews as "hearsay testimony" that will be filtered through expert witnesses. That doesn't allow the juveniles to be questioned by the defendants or for their stories to be individually proved or disproved, the papers said.

"These kinds of egregious accusations have no basis in fact, yet Plaintiff seeks to restrict Defendants from cross-examining these accusers," the court motion claims. The papers argue that if the Sheriff's Office defendants had been given the identities of the juveniles interviewed, they could have investigated their claims and avoided the lawsuit's filing.

NEWS

Lawsuit filed against Charleston County juvenile lockup alleges 'inhumane' conditions



BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

The motion claims the suit's filing was political, intended to be "a public black-eye for the sheriff" during his current election campaign.

Attorneys for the advocacy group responded that the organization did have standing to sue for the juveniles and that the suit wasn't challenging the provision of services for each individual, but rather the "widespread and systemic" failure to provide services for juveniles as a whole. Individualized proof therefore isn't necessary, claims the response, filed Sept. 1.

⬇ **Download PDF**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| Protection and Advocacy for People with Disabilities, Inc., | ) ) ) | Civil Action No. |
| Plaintiff, | ) ) ) | **COMPLAINT** |
| vs. | ) ) | |
| James Alton Cannon, Jr., in his official capacity as Charleston County Sheriff, Mitch Lucas, in his official capacity as Assistant Charleston County Sheriff, Willis Beatty, in his official capacity as Chief Deputy of the Charleston County Sheriff's Office, and Charleston County School District, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff Protection and Advocacy for People with Disabilities, Inc. ("P&A" or "Plaintiff"), by and through its undersigned counsel, files this complaint against Defendants James Alton Cannon, Jr., Mitch Lucas, and Willis Beatty (collectively "CCJDC Defendants"), and Charleston County School District ("CCSD"), and alleges as follows:

### NATURE OF THE ACTION

1.      This is a civil rights action brought by Plaintiff to address the dangerous, inhumane, and unconstitutional conditions, policies, and practices that exist and have existed for the children detained at the Charleston County Juvenile Detention Center (the "CCJDC"), including children with disabilities (the "Children"). These Children, who are as young as 11 years old, are held prior to being convicted of any crime, and they are held for the purpose of rehabilitation. Rather than being cared for and rehabilitated, however, they are locked in small,

1

Exhausting all administrative remedies before filing wasn't necessary or possible, the motion contends, because the legal action was meant to prevent serious imminent harm to juveniles, some of whom are mentally ill.

An exhibit attached to the group's motion shows emails exchanged between attorneys for the Sheriff's Office and school district with attorneys for the plaintiff.

"This is a set up, plain and simple," Senn wrote to an attorney with Nelson Mullins on July 24, the day before the lawsuit was first filed.

She nicknamed one of the attorneys for the suit "Selfless Annie," writing, "If you and Selfless Annie truly just want the 'children' such as those who killed the Provost's husband on King Street not to 'suffer' despite our assurances that they are not suffering, then the quick remedy is a mediation without a media blow up."

The email references the **fatal shooting** of Tom DiLorenzo on July 17 in downtown Charleston, of which three juveniles stand accused.



**NEWS**

Parents, attorneys condemn Charleston County juvenile lockup: 'It's not a safe place'

**BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM**

Emailed responses from a Nelson Mullins attorney deny that anyone on that team has connections to the sheriff's race, and say attorneys aren't interested in politics or "conspiracy theories," according to a July 24 email.

The Charleston County School District also challenged the lawsuit, saying the secondhand accounts given by the anonymous juveniles don't show a "system-wide policy of denying, or conscious neglect of, students' educational rights or discrimination based on disability."

The school district's court filing argues that the educational program at the detention center is comprehensive, including a principal and certified regular education, special education and physical education teachers, along with a guidance

counselor and parent advocate.



A cart of library books is available to juveniles while they are temporarily housed on a floor of the Sheriff Al Cannon Detention Center in North Charleston on Monday, Sept. 14, 2020. Lauren Petracca/Staff

LAUREN PETRACCA

In a July 22 email, an attorney for the school district wrote to the plaintiff's attorneys, saying, "CCSD would welcome the opportunity to be able to better serve the children at the detention center. We have been met with constant challenges to the point of impossibility at times."

The original lawsuit alleged that children detained at the facility are not provided with age-appropriate education or the necessary number of adequately trained instructors, particularly for special education. Many children only receive a few hours of school a week, or none, rather than the state-mandated 30 hours, the suit claims.

According to papers filed Sept. 9, children in detention started the new school year Sept. 8 and each juvenile has a tablet to use for games, classes and communication.

Reach Fleming Smith at 843-937-5591. Follow her on Twitter at @MFlemingSmith.





**Preliminary injunction sought**

UPDATED SEP 14, 2020



+10

PHOTO GALLERIES

Photos: Charleston County Detention Center Juvenile Annex

UPDATED SEP 14, 2020

MORE INFORMATION

Attorneys withdraw motion for injunction in Charleston juvenile lockup lawsuit

FLEMING SMITH

Fleming Smith covers crime and public safety for the Charleston area. A native Georgian, she previously covered breaking news and features for The Wall Street Journal and The Atlanta Journal-Constitution.

# Fight over conditions at juvenile jail goes on

## Even after youths relocated, suit continues for Sheriff's Office, schools; US attorneys say conditions like those alleged were found unconstitutional

*BY FLEMING SMITH*
*fsmith@postandcourier.com*



LAUREN PETRACCA/STAFF

Maj. Dorothy Harris, a Charleston County detention deputy, leaves a block for male juveniles who are temporarily being housed at the Sheriff Al Cannon Detention Center in North Charleston on Monday.



Photo gallery

For more photos, visit

bit.ly/3kkDJe2



PHOTOGRAPHS BY LAUREN PETRACCA/STAFF

Albert Greg, a Charleston County School District teacher who works with juveniles in detention, goes over paperwork in a multipurpose room at the Sheriff Al Cannon Detention Center in North Charleston on Monday.



A juvenile sleeps in the Sheriff Al Cannon Detention Center in North Charleston on Monday.

It's been just over a month since the Charleston County juvenile lockup was shuttered and the children held there moved to the county's adult jail. Though its doors are closed, the fight over its conditions and culture, termed "medieval" in an advocacy group's lawsuit, hasn't ended.

In July, the advocacy group sued the Charleston County Sheriff's Office and the county school district, accusing them in federal court of traumatizing the children in their care through practices such as excessive isolation. The group's lawyers asked the court for an injunction to force officials to drastically improve conditions for the children. In recent filings, they said moving the children isn't enough.

On Monday, the Department of Justice filed a statement with the court stating conditions similar to those alleged in the lawsuit have been found unconstitutional by other courts. The statement says the federal government has investigated, and worked to remedy, other isolation practices much like those mentioned in the lawsuit.

"Plaintiffs allege that the routine, lengthy isolation of youth at Charleston County Juvenile Detention Center, as well as the use of the Center's disciplinary isolation and 'wet cell,' violate the youths' Fourteenth Amendment right to Due Process," the statement by U.S. Attorney Peter M. McCoy Jr. and Eric S. Dreiband, assistant attorney general, Civil Rights Division, and other civil rights attorneys wrote. "The United States, through its authority to enforce the constitutional rights of incarcerated juveniles in the criminal and juvenile justice systems, has found that similar conditions violate the Constitution and has worked with jurisdictions to remedy such unconstitutional policies

and practices." The Sheriff's Office and school district have said the claims noted in the lawsuit are false and unfair because, among other issues, they were not told which juveniles had been affected by the stark conditions at the old detention center.

They've asked a federal judge to dismiss the suit.

Prior to the lawsuit's filing in July, The Post and Courier published an investigation of the juvenile lockup. The paper found in its March report that children ages 11 to 16 — none of them convicted of a crime — often spent up to 24 hours a day in cramped cells with little time for recreation and virtually no time outdoors or for education.

In early August, partly in response to the lawsuit, the Sheriff's Office moved the juveniles housed at the facility to the fourth floor of the Sheriff Al Cannon Detention Center — Charleston County's adult jail.

Rather than individual cells, the juvenile unit has an open-living plan, and a motion filed in the case says the children now have access to the outdoors "all day" except for when they're in school. It's far more spacious, and juveniles have told attorneys before that they far prefer the recently built adult jail to the juvenile facility, a rundown building with plumbing and roofing issues that was built in 1967.

The Sheriff's Office has since argued that by moving the juveniles from the contested facility, it has cleared up any issues that weren't already remedied in 2018 when officials said the Charleston Public Defender's Office first brought complaints to them. The Sheriff's Office has also said it plans to have a new juvenile facility built by October 2021, and therefore an injunction, which also was requested through the lawsuit, isn't warranted.

Attorneys for the plaintiffs have countered that it's the culture, not just the building, that needs to change.

In a motion filed Aug. 18, the Sheriff's Office, represented by the legal office of state Sen. Sandy Senn, R-Charleston, argues that Protection and Advocacy for People with Disabilities, which filed the suit, doesn't have the standing to sue Cannon and the others, either as an organization or on behalf of the juveniles. Since those children haven't sued or chosen to pursue administrative remedies on their own, the August filing claims, the suit should be dismissed.

The response also challenged the way attorneys for the group that initiated the lawsuit are providing evidence. The lawsuit mentions interviewing dozens of children who were incarcerated at the facility but whose names were kept anonymous.

Other papers, filed Sept. 8, refer to those interviews as "hearsay testimony" that will be filtered through expert witnesses.

That doesn't allow the juveniles to be questioned by the defendants or for their stories to be individually proved or disproved, the papers said.

"These kinds of egregious accusations have no basis in fact, yet Plaintiff seeks to restrict Defendants from crossexamining these accusers," the court motion claims. The papers argue that if the Sheriff's Office defendants had been given the identities of the juveniles interviewed, they could have investigated their claims and avoided the lawsuit's filing.

The motion claims the suit's filing was political, intended to be "a public black-eye for the sheriff" during his current election campaign.

Attorneys for the advocacy group responded that the organization did have standing to sue for the juveniles and that the suit wasn't challenging the provision of services for each individual, but rather the "widespread and systemic" failure to provide services for juveniles as a whole. Individualized proof therefore isn't necessary, claims the response, filed Sept. 1.

Exhausting all administrative remedies before filing wasn't necessary or possible, the motion contends, because the legal action was meant to prevent serious imminent harm to juveniles, some of whom are mentally ill.

An exhibit attached to the group's motion shows emails exchanged between attorneys for the Sheriff's Office and school district with attorneys for the plaintiff.

"This is a set up, plain and simple," Senn wrote to an attorney with Nelson Mullins on July 24, the day before the lawsuit was first filed.

She nicknamed one of the attorneys for the suit "Selfless Annie," writing, "If you and Selfless Annie truly just want the 'children' such as those who killed the Provost's husband on King Street not to 'suffer' despite our assurances that they are not suffering, then the quick remedy is a mediation without a media blow up."

The email references the fatal shooting of Tom DiLorenzo on July 17 in downtown Charleston, of which three juveniles stand accused.

Emailed responses from a Nelson Mullins attorney deny that anyone on that team has connections to the sheriff's race, and say attorneys aren't interested in politics or "conspiracy theories," according to a July 24 email.

The Charleston County School District also challenged the lawsuit, saying the secondhand accounts given by the anonymous juveniles don't show a "system-wide

policy of denying, or conscious neglect of, students' educational rights or discrimination based on disability."

The school district's court filing argues that the educational program at the detention center is comprehensive, including a principal and certified regular education, special education and physical education teachers, along with a guidance counselor and parent advocate.

In a July 22 email, an attorney for the school district wrote to the plaintiff's attorneys, saying, "CCSD would welcome the opportunity to be able to better serve the children at the detention center. We have been met with constant challenges to the point of impossibility at times."

The original lawsuit alleged that children detained at the facility are not provided with age-appropriate education or the necessary number of adequately trained instructors, particularly for special education.

Many children only receive a few hours of school a week, or none, rather than the statemandated 30 hours, the suit claims.

According to papers filed Sept. 9, children in detention started the new school year Sept. 8 and each juvenile has a tablet to use for games, classes and communication.

Reach **Fleming Smith** at

843-937-5591. Follow her on Twitter at @MFlemingSmith.

https://www.postandcourier.com/news/attorneys-withdraw-motion-for-injunction-in-charleston-juvenile-lockup-lawsuit/article_8000dd70-0a8f-11eb-9d3c-cbf378095ffe.html

# Attorneys withdraw motion for injunction in Charleston juvenile lockup lawsuit

BY GREGORY YEE GYEE@POSTANDCOURIER.COM

OCT 9, 2020



Maj. Dorothy Harris, a Charleston County detention deputy, leaves a block for male juveniles who are temporarily being housed at the Sheriff Al Cannon Detention Center in North Charleston on Monday, Sept. 14, 2020. File/Lauren Petracca/Staff

LAUREN PETRACCA

Attorneys for an advocacy group suing the Charleston County Sheriff's Office and county school district over conditions at the county's juvenile detention center have withdrawn a request for a judge to intervene on improving conditions.

The group, Protection and Advocacy for People with Disabilities, Inc., filed the lawsuit in federal court in July and asked for an injunction that would force officials to drastically improve conditions for the children. The juveniles have since been

moved into the adult jail, located off of Leeds Avenue in North Charleston, which has better conditions.

"The decision to withdraw the motion for preliminary injunction is a reflection of the sheriff's admission of the validity of the lawsuit by closing down the old building and moving the children into a much better situation," said Robert Brunson, an attorney representing the advocacy group. "The facts have changed, thankfully, and so any request for the court to intervene while the case proceeds would need to be based on the new reality."

The development comes after federal prosecutors weighed in on conditions in September, filing documents with the court stating conditions similar to those alleged in the lawsuit have been found unconstitutional by other courts.



**NEWS**

Feds weigh in on juvenile lockup lawsuit, as Sheriff's Office, school district respond

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

In March, the Post and Courier published an investigation of the juvenile lockup, which is located on Headquarters Road off Leeds Avenue in North Charleston. The paper found in its March report that children ages 11 to 16 — none of them convicted of a crime — often spent up to 24 hours a day in cramped cells with little time for recreation and virtually no time outdoors or for education.

In Friday's filing, attorneys for the advocacy group noted the move and said officials have taken steps to change practices and "represent that they are in the process of revising certain policies," that were of concern.

Because of these changes, the original motion was rendered "partially moot."



**NEWS**

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

2:20-cv-02738-DCN    Date Filed 01/12/26    Entry Number 62-5    Page 36 of 45

While withdrawing the original motion for preliminary injunction, attorneys left the door open for future action.

"(Protection and Advocacy) remains very concerned about the culture and practices at the (juvenile detention center), and it will continue to pursue this action to ensure the children housed at the new facility are provided constitutionally required treatment and services," according to the filing.

The group's attorneys went on to say they reserve the right to file a new motion for preliminary relief if evidence is found of unconstitutional practices.

Robin Jackson, an attorney representing the Sheriff's Office, called the case a politically motivated "cheap shot."

"It was filed right before an election to discredit Sheriff (Al) Cannon in favor of his opponent," Jackson said.

Cannon, a Republican, is running against Kristin Graziano, a Democrat and former deputy. They will face off Nov. 3.

The attorney said the plaintiff wasn't asking for money for the juveniles but for attorneys' fees.

Brunson defended the merits of the case.

"It will take some time to gather facts about that new reality and to see if the sheriff will follow through by changing they way they run the place," he said. "To characterize this lawsuit as politically motivated is just dishonest. It has already yielded a great benefit and we will continue to pursue the case aggressively to make sure that the situation does not regress."



NEWS

Lawsuit filed against Charleston County juvenile lockup alleges 'inhumane' conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

*Editors note: This story has been updated with comments from Robert Brunson, an attorney for Protection and Advocacy for People with Disabilities, Inc.*

---

Reach **Gregory Yee** at 843-937-5908. Follow him on Twitter @**GregoryYYee**.

---

**GREGORY YEE**

Gregory Yee covers breaking news and public safety. He's a native Angeleno and previously covered crime and courts for the Press-Telegram in Long Beach, CA. He studied journalism and Spanish literature at the University of California, Irvine.

https://www.postandcourier.com/news/sc-begins-juvenile-justice-reform-amid-doj-criticism-charleston-county-first-test-site/article_274bbcce-96dd-11eb-9eba-3f57e47805bc.html

# SC begins juvenile justice reform amid DOJ criticism; Charleston County first test site

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

APR 14, 2021



Youths incarcerated at the Department of Juvenile Justice Broad River Road facility in Columbia take time out after school t
older dormitories. File/Staff

South Carolina's juvenile justice system had a rocky year in 2020, from a
Department of Justice report slamming state custody for endangering the youth in
its care to a lawsuit against Charleston County's detention facility. Attempts at
reform were slow-moving.

In 2021, state officials and advocates are bringing in outside help. The S.C. Department of Juvenile Justice is starting a three-year partnership with the Center for Children's Law and Policy, a national juvenile justice reform group.

The partnership has been years in the making, DJJ Director Freddie Pough said. He and CCLP Director Mark Soler joked that it'll be like a marriage.

"Til death do us part," Pough said.

DJJ handles more than 3,000 young people each year, typically detaining children who the court system rules have committed criminal offenses. Three county lockups, in Charleston, Richland and Greenville counties, also hold children before their trials.

State custody, which is frequently overwhelmed, involves five secure facilities, 43 county offices and 10 camps across the state.

In February 2020, a Justice Department report found that South Carolina had violated the 14th Amendment of the U.S. Constitution for not providing reasonable safety from harm for the youths in DJJ's care, particularly due to use of solitary confinement.



**NEWS**

Juveniles face solitary confinement, abuse in state custody, Justice Department finds

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

Fights and assaults also were a common problem, the report found.

Pough said the DOJ report didn't motivate the partnership with the children's center, but it identified several issues they need to work on.

"It's prime time to change the culture at DJJ," Pough said.

## Testing out reforms

The partnership will seek reform on a local level. Starting in May, Charleston County will be the test site for the **Juvenile Detention Alternatives Initiative**.

It's a national program by the Annie E. Casey Foundation geared at using data-driven solutions to reform juvenile detention, and this will be the first time it's been attempted in South Carolina. So far, the program has been used in 39 other states.

The Center for Children's Law and Policy will help Charleston County officials — law enforcement, defenders, prosecutors and other stakeholders — examine juvenile adjudication and detention to make sure the system's focus in on rehabilitation.

Soler said CCLP staff members will assist in collecting data on children in detention and examining whether the detention screening instrument is working to only detain children who can't safely remain in the community.

"Over-utilization of detention does not help a young person if they're not a threat to the community," Pough said.

Soler agreed, adding, "Incarceration is really the greater risk for children who have had minor offenses."

---

## Photos: Juveniles housed at the Sheriff Al Cannon Detention Center

1 of 10





If a young person who only has committed minor offenses is kept alongside children who have committed more serious crimes, detention can become more of a "school for crime," Soler said.

Charleston was chosen as the first South Carolina site because DJJ felt the county had already been working toward reform but needed a boost of resources and the help of experienced reformers.

The Charleston County Sheriff's Office has said a new detention facility for juveniles will be built by the end of 2021. In July 2020, an advocacy group sued former Sheriff Al Cannon and other former top officials regarding negligent care toward the children held in the agency's old facility.



A Charleston County sheriff's deputy keeps watch over the youths being housed in the now-closed Charleston County Juvenile Detention Center on Wednesday, Feb. 26, 2020. File/Brad Nettles/Staff

BNETTLES@POSTANDCOURIER.COM

These actions were launched following an investigative report by The Post and Courier on conditions there.

The newspaper found some juveniles were warehoused in their dorms 23 hours a day with no outdoor time and little classroom time each week. Others were locked in a "wet cell" for hours at a time, a room which jail officials denied was being used at that time. The youths were moved to a floor in the adult jail until a new facility is completed.

The Juvenile Detention Alternatives Initiative could make Charleston "a beacon for the state, and potentially a beacon for the nation," Pough said.

Within DJJ itself, Pough said he wants to shift the focus from punishing children when they break the rules to incentivizing and rewarding good behavior.



NEWS

Parents, attorneys condemn Charleston County juvenile lockup: 'It's not a safe place'

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

That kind of culture shift is hard to do, Soler said.

If children in juvenile detention are overly punished, they might take away the lesson that "might makes right," Soler said.

"Young people are there because they're troubled. Not because they're bad kids," Soler said. "Many of the young people locked up across the country are locked up because they pissed off an adult, and that's not a good enough reason."

Josh Gupta-Kagan, a University of South Carolina professor who specializes in juvenile justice, said there's always been a dichotomy in how children are treated in the justice system.

"Are we treating them as kids who are going through a tough time, or are we going to treat them as criminals who need to be punished?" Gupta-Kagan said.

He said juvenile justice needs many more services on the front-end to help children avoid entering the criminal justice system, or if they do, diverting them to community-based programs that can provide mental health and other treatment.

Detaining children before trials needs to be much more selective. "We're not talking about hardened criminals," Gupta-Kagan said.

## Asking the 'why'

Family Court Judge Michele Forsythe said Charleston is ready and excited for juvenile justice reform. A small working group has discussed reforms for years, but it hasn't been able to get off the ground, she said.

Forsythe handles several juvenile dockets each week. She tries to focus on the reason behind an offense, such as trauma, a difficult home life or bad influences.

She said far too many young people are incarcerated for offenses that aren't too serious, such as running away from home. Some children are detained because their families are unable or unwilling to take them back.

If there's not enough help for youth early on, Forsythe said, some could become permanent members of the criminal justice system.

"We're not asking the 'why' enough," Forsythe said.

She sees many juveniles cycle in and out of her courtroom. She's known some for her entire five years on the family court bench in Charleston.



**NEWS**

Juvenile justice advocates hope for reform as Charleston County plans new facility

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

Forsythe said her job has grown harder with hearings being conducted virtually due to COVID-19. It's common for children and their parents to have bad connections when calling in to the hearing or not showing up at all.

On one Monday docket, Forsythe waited 20 minutes to start a hearing so a 16-year-old boy, ready to make a guilty plea for possession of a stolen car and not stopping for police, could log on with his mother. After they listened to DJJ's and the state's recommendation — probation, an order to attend school, a mental health assessment, a letter of apology, a restraining order from the car's owner and having a positive peer group — Forsythe talked to him one-on-one.

"How would you feel if someone stole your mama's car?" she asked, prompting him to think how it would affect every aspect of their life. "Everything you do has a consequence."

In another virtual hearing, a 17-year-old boy pleading guilty for possession of a stolen car and refusing to stop for police was visibly injured, saying he had a broken wrist from being attacked while in custody. Forsythe ruled he could return to his family with an ankle monitor keeping him in the home as he awaited a local evaluation.

When asked, the teen told Forsythe he didn't know what grade of school he was in, or what grade he was supposed to be enrolled.

He hadn't been to school in a long time.



**NEWS**

Lawsuit filed against Charleston County juvenile lockup alleges 'inhumane' conditions

BY FLEMING SMITH FSMITH@POSTANDCOURIER.COM

---

Reach Fleming Smith at 843-937-5591. Follow her on Twitter at @MFlemingSmith.

**MORE INFORMATION**

Youths moved to Charleston County jail as lawsuit proceeds over juvenile lockup conditions

---

**FLEMING SMITH**

Fleming Smith covers crime and public safety for the Charleston area. A native Georgian, she previously covered breaking news and features for The Wall Street Journal and The Atlanta Journal-Constitution.